PORSCHE CARS NORTH AMERICA, INC.'S
NOTICE OF REMOVAL

Exhibit A

Complaint

**VIRGINIA:**

**IN THE CIRCUIT COURT FOR LOUDOUN COUNTY**

HAMMERSLEY, LLC

And

JAMES WALKER

Plaintiffs,

vs.

PORSCHE CARS NORTH AMERICA, INC.,

Defendant.

CASE NO.: CL21-2677

FILED
2021 APR 28 AM 11: 39
CIRCUIT COURT
CLERKS OFFICE
LOUDOUN COUNTY, VA
TESTE:_________D.C.

**COMPLAINT**

NOW COMES Plaintiff, Hammersley LLC a/k/a James Walker, by and through his attorneys, Lemon Law Group Partners PLC, and submits the following as his Complaint against Defendant Porsche Cars North America, Inc.

**PARTIES, JURISDICTION AND VENUE**

1. Hammersley LLC is a domestic limited liability company located at 2248 Lakeside Drive, Lynchburg, Virginia 24501. James Walker is an individual residing in Loudoun County.
2. Defendant Porsche Cars North America, Inc. is a foreign profit corporation doing business throughout the Commonwealth of Virginia. Porsche Cars North America, Inc. (hereinafter "Defendant Manufacturer") may be served through its registered agent, CT Corporation System, 4701 Cox Road, Suite 285, Glen Allen, Virginia 23060.

3. The transactions and occurrences involved in this action took place in the Commonwealth of Virginia, County of Loudoun.

**COMMON AVERMENTS**

4. On or about May 3, 2018, Plaintiff purchased a new 2018 Porsche Panamera, VIN: WP0CE2A75JL189878 (hereinafter "Vehicle"). Please see Exhibit A: Buyers Order.

5. At the time of purchase, the Vehicle was accompanied by a factory warranty which, in relevant part, provided for a four (4) year – 50,000 mile bumper to bumper warranty and four (4) year – 50,000 mile Powertrain warranty (the "Warranty"). Full warranty is in Defendant's Possession.

6. The Subject Vehicle is registered in Virginia and was purchased primarily for personal, family, and/or household purposes.

7. Manufacturer's warranty covered any repairs or replacements needed during the warranty period and/or due to defects in factory materials or workmanship.

8. In fact, when delivered, the Subject Vehicle was defective in materials and workmanship, such defects being discovered within the warranty periods and repairs were attempted.

9. Shortly after purchase, Plaintiff noticed defects in the vehicle and returned the vehicle to Authorized Dealerships to repair the defects on at least five (5) occasions for defects to the Subject Vehicle including: vehicle will not start, Check Engine light illuminating, low battery charge, battery failed necessitating replacement, noise heard from blower motor, Porsche Communication Management (PCM) screen takes a long time to turn on, PCM computer defects necessitating replacement, radio defects necessitating replacement, radio does not come on after replacement, radio takes excessively long to power up after replacement, front controls and display interface module defects necessitating

replacement, and rear wiper cover came off necessitating replacement.  Please see Exhibit B:  Repair Orders.

10. Subject Vehicle has been out-of-service for at least seventy-seven (77) total days for the aforementioned repairs. Please see Exhibit B.

11. Despite the prolonged time during which the Subject Vehicle has been out-of-service, Defendant has failed to repair the Subject Vehicle so as to bring it into conformity with the warranties set forth herein.

12. The defects experienced by Plaintiff with the Subject Vehicle substantially impaired its use, value, and safety to the Plaintiff, and have shaken the Plaintiff's faith in the vehicle to operate as dependable transportation.

13. Despite Plaintiff's repeated efforts to allow Defendant the opportunity to conform the Subject Vehicle, many nonconforming and defective conditions were not repaired, and still exist.

14. The Vehicle still has issues including information center and battery defects.

15. Plaintiff directly notified Defendant of the defective conditions of the vehicle on numerous occasions and that he desired a buy-back of the Subject Vehicle, wherein Defendant failed and refused to buy back Plaintiff's defective Vehicle and to reimburse Plaintiff pursuant to his rights under State and Federal Laws.  Please see Exhibit C: Written Notification.

16. This cause of action arises out of the Defendant's Breach of Warranty and violation of the Federal Magnuson-Moss Warranty Act, as set forth in this Complaint.

17. Plaintiff seeks judgment against Defendant in whatever amount that Plaintiff is entitled to, including equitable relief, consequential damages, along with the costs and expenses of this action.

18. There is no other pending or resolved civil action arising out of the same transaction or occurrence alleged in this Complaint.

**COUNT I**
**BREACH OF FACTORY WARRANTY**

19. Plaintiff fully repeats and incorporates Paragraphs 1 through 18, as set forth above.

20. Defendant extended to Plaintiff a four (4) year – 50,000 mile bumper to bumper warranty and four (4) year – 50,000 mile Powertrain warranty ("Warranty").

21. Plaintiff, seeking to repair the Subject Vehicle, attempted to exercise Plaintiff's rights under the Warranty.

22. Defendant has failed to honor the terms of the Warranty.

23. Defendant has failed or refused to repair the issues which include information center and battery defects.

24. As a result of the actions set forth above, Defendant has breached its warranty.

25. As a result of Defendant's breach of warranty, Plaintiff has, and will continue to, suffer significant monetary and consequential damages pursuant to Va. Code § 8.2-714 and 715.

**WHEREFORE**, Plaintiff respectfully requests that this Honorable Court enter Judgment in favor of Plaintiff and against Defendant in an amount to be proven at trial, including all consequential damages, incidental damages, equitable remedies, costs, interest, and attorney fees.

**COUNT II**
**BREACH OF MAGNUSON-MOSS WARRANTY ACT**

26. Plaintiff fully repeats and incorporates Paragraphs 1 through 25, as set forth above.

27. This Court has jurisdiction to decide claims brought under 15 USC § 2301 et seq., by virtue of 15 USC § 2310(d)(1)(A).

28. Plaintiff is a "consumer" as defined by 15 USC § 2301(3).

29. Defendant is a "supplier" and "warrantor" as defined by 15 USC § 2301(4)(5).

30. The Subject Vehicle is a "consumer product" as defined by 15 USC § 2301(6).

31. 15 USC § 2310(d)(1)(A), requires Defendant, as a warrantor, to remedy any defects, malfunction or non-conformance of the Subject Vehicle within a reasonable time and without charge to Plaintiff, as defined in 15 USC § 2304(d).

32. The actions of Defendant as hereinabove described, in failing to tender the Subject Vehicle to Plaintiff free of defects and refusing to repair or replace the defective vehicle tendered to Plaintiff, constitute a breach of the written warranties covering the Subject Vehicle; and thus, constitute a violation of the Magnuson-Moss Warranty Act.

33. Despite repeated demands and despite the fact that the Plaintiff has complied with all reasonable terms and conditions imposed upon him by Defendant, Defendant has failed and refused to cure any defects and non-conformity with the Subject Vehicle.

34. As a result of Defendant's breach of factory warranty as set forth above, and Defendant's failure to honor its obligations under its warranties, Plaintiff has, and will continue to, suffer damages as enumerated above.

35. Defendant had a reasonable opportunity to remedy the defects in the vehicle but has failed to do so, thereby entitling Plaintiff to a refund of the purchase price pursuant to the Magnuson-Moss Warranty Act.

36. Pursuant to the Magnuson-Moss Warranty Act, 15 U.S.C. § 2310(d)(2), Plaintiff is entitled to recover as part of the judgment, costs and expenses of the suit including attorney's fees based on actual time expended.

**PRAYER FOR RELIEF**

**WHEREFORE**, Plaintiff prays for judgment as follows:

(1) For actual damages according to proof at trial;

(2) For a refund of the purchase price of Subject Vehicle;

(3) For Defendant Porsche Cars North America, Inc. to accept return of Subject Vehicle;

(4) For attorney's fees and costs of suit incurred herein;

(5) For such other and further relief as the court deems just and proper under the circumstances;

Respectfully submitted,

HAMMERSLEY, LLC
JAMES WALKER

By: ______________________

W. Aaron Cluett, Esq. (VSB #78370)
LEMON LAW GROUP PARTNERS, PLC
1518 Willow Lawn Drive, Suite 201
Richmond, VA 23230
(888) 415-0610 ext. 5117
(888) 809-7010 *facsimile*
acluett@lemonlawgrouppartners.com

# EXHIBIT A

CUST #: 36481
DEAL #: 48998
Date: 05/03/2018

# PORSCHE OF MELBOURNE

509 E. Nasa Blvd. MELBOURNE, FL 3290 (321) 956-0600

**Buyer's Order, Agreement & Vehicle Information Form**

| Buyer Name and Address | Co-Buyer Name and Address | Seller Name and Address |
|---|---|---|
| HAMMERSLEY, LLC<br>2248 LAKESIDE DR<br>LYNCHBURG VA 24501 | N/A | PORSCHE AUDI OF MELBOURNE<br>509 E NASA BLVD<br>MELBOURNE FL 32901 |
| County:<br>Email: JAMESRWALKER@MSN.COM<br>Phone: (434)258-1050<br>Cell: (434)258-1050 | County: N/A<br>Email: N/A<br>Phone: N/A<br>Cell: N/A | Salesperson:<br>CHRISTOPHER A HUCK |

**In this Buyer's Order, Agreement and Vehicle Information Form ("Order and Agreement"), "you" means the buyer, and any co-buyer. "We," "us" and "our" means the Seller. You agree to purchase the vehicle from us according to the terms of this Order and Agreement.**

**Vehicle Description**

| Year: | Make: | Model: | Mileage: | Vehicle Identification Number: |
|---|---|---|---|---|
| 2018 | PORSCHE | PAN 4 E HYB | 12 | WP0CE2A75JL189878 |
| **New/Used/Demo/Executive:** | | **Color:** | **Body:** | **Stock Number:** |
| NEW | | CHALK | PAN 4 E-HYB | L189878 |

**Additional Vehicle Information**

Unless checked below, Seller has no knowledge of and makes no representation about the history of the vehicle.

The vehicle was previously titled, registered, or used as a (check as applicable) ☐ taxicab ☐ police vehicle ☐ short term rental.

The vehicle is (check as applicable) ☐ rebuilt or assembled from parts ☐ a kit car ☐ a glider kit ☐ a replica ☐ a flood vehicle ☐ a manufacturer buy back.

☐ THIS VEHICLE WAS DELIVERED TO A PREVIOUS PURCHASER.

Buyer X ____________________

Co-Buyer X ____________________

**Used Car Buyers Guide. The information you see on the window form for this vehicle is part of this contract. Information on the window form overrides any contrary provisions in the contract of sale.**

**Spanish Translation: Guía para compradores de vehículos usados. La información que ve en el formulario de la ventanilla para este vehículo forma parte del presente contrato. La información del formulario de la ventanilla deja sin efecto toda disposición en contrario contenida en el contrato de venta.**

**Disclosures**

**Unless the Seller makes a written warranty, or enters into a service contract within 90 days from the date of this contract, this vehicle is sold "AS IS" and "WITH ALL FAULTS." The Seller makes no warranties, express or implied, on the vehicle, and there will be no implied warranties of merchantability or of fitness for a particular purpose.**

This provision does not affect any warranties covering the vehicle that the vehicle manufacturer may provide. **Buyer acknowledges receipt of any warranty information prior to the sale of the vehicle.**

**Buyer's Initials** ______ **Co-Buyer's Initials** ______

**You have thoroughly inspected, accepted, and approved the vehicle described above in all respects. You may obtain an independent third party inspection of the vehicle on your own.**

**Buyer's Initials** ______ **Co-Buyer's Initials** ______

We acknowledge that as a condition of sale of the Vehicle, we will perform the following services within N/A ________ days of the date of purchase. Call N/A ________ to schedule service.

N/A

N/A

N/A

| Trade-In Vehicle | Trade-In Vehicle |
|---|---|
| Year ______ Make ______ Model ______ | Year ______ Make ______ Model ______ |
| VIN ______ Mileage ______ | VIN ______ Mileage ______ |
| Lienholder ______ | Lienholder ______ |
| Payoff Amount N/A Good Thru: ______ | Payoff Amount N/A Good Thru: ______ |
| Lienholder ______ | Lienholder ______ |
| Payoff Amount ______ Good Thru: ______ | Payoff Amount ______ Good Thru: ______ |

**You assign to us all of your rights, title and interest in such Trade-In vehicle(s). You represent that your Trade-In vehicle(s) was not previously used as a police vehicle, taxicab, or under a short-term lease. To the best of your knowledge, the vehicle(s) you are trading in ☐ have ☐ have not been in any accident with damages exceeding $500.**

**Buyer Initials** ______ **Co-Buyer Initials** ______

LAW FORM NO. FADA-BOVIARB (Rev. 6/14)
© 2014 The Reynolds and Reynolds Company

Buyer Initials ______ Co-Buyer ______ CUSTOMER Page 1 of 5

THERE ARE NO WARRANTIES, EXPRESS OR IMPLIED, AS TO CONTENT OR FITNESS FOR PURPOSE OF THIS FORM. CONSULT YOUR OWN LEGAL COUNSEL.

# EXHIBIT B

CUSTOMER #: 89971

214578

INVOICE

PAGE 1

# FLOW COMPANIES OF CHARLOTTESVILLE

1313 Richmond Road
Charlottesville, VA 22911
Phone: (434) 296-4147
www.flowauto.com

JAMES WALKER
121 ISLAND PL
VERO BEACH, FL 32963-9524
HOME:434-258-1050 CONT:434-258-1050
BUS: CELL:

SERVICE ADVISOR: 8154 JAMES ERIC SMALLS

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN / OUT | TAG |
|---|---|---|---|---|---|---|
| | 18 | PORSCHE Panamera Hyb | WP0CE2A75JL189878 | | 26/26 | T0707 |

| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 01JAN18 IS<br>01JAN18 DD | | | 18:00 09OCT18 | | 0.00 | CASH | 19OCT18 |

| R.O. OPENED | READY | OPTIONS: |
|---|---|---|
| 07:53 09OCT18 | 17:21 19OCT18 | |

LINE OPCODE TECH TYPE HOURS LIST NET TOTAL

A CUSTOMER REQUESTS VEHICLE WILL NOT START
CRPO CUSTOMER REQUESTS VEHICLE WILL NOT START
8977 WP (N/C)
PARTS: 0.00 LABOR: 0.00 OTHER: 0.00 TOTAL LINE A: 0.00

Vehicle was able to start. CEL was on. Multiple dtcs related to low voltage in multiple CUs. HV battery charge is good at 95%. Low voltage battery low charge. Please note in service date of 05/01/2018 and current mileage of 26 miles. Suspect low voltage battery discharged due to low use. Recommend use of Porsche or other AGM battery compatible battery tender.
Please note, total discharging of AGM battery may cause irreparable damage to battery and thus require replacement.
**************************************************

B CUSTOMER REQUESTS FREE COURTESY MULTI-POINT INSPECTION
CINSPECTIONPO CUSTOMER REQUESTS FREE COURTESY MULTI-POINT INSPECTION
8977 IPPS (N/C)
PARTS: 0.00 LABOR: 0.00 OTHER: 0.00 TOTAL LINE B: 0.00
Performed.
**************************************************

C CUSTOMER REQUESTS FREE COURTESY WASH
CWASHPO CUSTOMER REQUESTS FREE COURTESY WASH
80004 IWP (N/C)
PARTS: 0.00 LABOR: 0.00 OTHER: 0.00 TOTAL LINE C: 0.00
**************************************************

EST: 7.50 09OCT18 07:53 SA: 8154

WARRANTY DISCLAIMER: ALL PARTS AND ACCESSORIES ARE SOLD AND ALL REPAIRS ARE PROVIDED BY THE DEALERSHIP AS-IS. THE DEALERSHIP HEREBY EXPRESSLY DISCLAIMS ALL WARRANTIES, EXPRESS AND IMPLIED, INCLUDING ANY IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE, AND NEITHER ASSUMES NOR AUTHORIZES ANY OTHER PERSON TO ASSUME FOR IT ANY LIABILITY IN CONNECTION WITH THE SALE OF PARTS OR PRODUCTS OR THE REPAIR. THE ONLY WARRANTIES ON PARTS AND ACCESSORIES OR REPAIRS ARE THOSE WHICH MAY BE OFFERED BY THE VEHICLE MANUFACTURER OR THE PARTS MANUFACTURER OR DISTRIBUTOR AND ONLY SUCH MANUFACTURER OR DISTRIBUTOR SHALL BE LIABLE FOR PERFORMANCE UNDER SUCH WARRANTIES. CUSTOMER SHALL NOT BE ENTITLED TO RECOVER FROM THE DEALERSHIP ANY CONSEQUENTIAL DAMAGES, DAMAGES TO PROPERTY, DAMAGES FOR LOSS OF USE, LOSS OF TIME, LOSS OF PROFIT OR INCOME, OR ANY OTHER INCIDENTAL DAMAGES.
By signing below, you acknowledge that you were notified of and authorized the Dealership to perform the services/repairs itemized in this Invoice and that you received (or had the opportunity to inspect) any replaced parts as requested by you. The vehicle is being returned to you in exchange for your payment of the Amount Due.

* SHOP SUPPLY COSTS: We have added a charge equal to 10% of the total cost of labor and parts, not to exceed $40.00, to the Repair Order for shop supplies used in connection with this repair.

ALL PARTS ARE NEW UNLESS OTHERWISE INDICATED.

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | 0.00 |
| PARTS AMOUNT | 0.00 |
| GAS, OIL, LUBE | 0.00 |
| SUBLET AMOUNT | 0.00 |
| MISC. CHARGES * | 0.00 |
| TOTAL CHARGES | 0.00 |
| LESS INSURANCE | 0.00 |
| SALES TAX | 0.00 |
| PLEASE PAY THIS AMOUNT | 0.00 |

DATE CUSTOMER SIGNATURE AUTHORIZED DEALERSHIP REPRESENTATIVE SIGNATURE

CUSTOMER COPY

CUSTOMER #: 89971

214877

INVOICE

PAGE 1

# FLOW COMPANIES OF CHARLOTTESVILLE

1313 Richmond Road
Charlottesville, VA 22911
Phone: (434) 296-4147
www.flowauto.com

JAMES WALKER
121 ISLAND PL
VERO BEACH, FL 32963-9524
HOME:434-258-1050 CONT:434-258-1050
BUS: CELL:

SERVICE ADVISOR: 8154 JAMES ERIC SMALLS

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN / OUT | TAG |
|---|---|---|---|---|---|---|
| | 18 | PORSCHE Panamera Hyb | WP0CE2A75JL189878 | | 150/3937 | T0148 |

| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 01JAN18 IS<br>01JAN18 DD | | | 18:00 15OCT18 | | 0.00 | CASH | 12NOV18 |

| R.O. OPENED | READY | OPTIONS: |
|---|---|---|
| 14:25 15OCT18 | 15:31 12NOV18 | |

LINE OPCODE TECH TYPE HOURS LIST NET TOTAL

A CUSTOMER REQUESTS VEHICLE SHOWING LOW BATTERY CHARGE
CRPO CUSTOMER REQUESTS VEHICLE SHOWING LOW BATTERY CHARGE
8977 WP (N/C)
1 958-611-075-21 BATTERY 75AH (N/C)
PARTS: 0.00 LABOR: 0.00 OTHER: 0.00 TOTAL LINE A: 0.00

Test drove vehicle, was able to verify customer's concern. Inspected dtcs, multiple systems stored multiple dtcs (please see VALs). Created PTEC/TLAR and was in contact with FTM. Charged and tested 12v battery, failed. Monitored 12v battery charging, ok. Monitored for parasitic draw, none detected. Replaced 12v battery and monitored systems operation, ok. Test drove in hybrid mode a total of 20 miles, mostly interstate, ok. Inspected dtcs post test drive, none stored.

****************************************************

B CUSTOMER REQUESTS FREE COURTESY MULTI-POINT INSPECTION
CINSPECTIONPO CUSTOMER REQUESTS FREE COURTESY MULTI-POINT INSPECTION
8977 IPPS (N/C)
PARTS: 0.00 LABOR: 0.00 OTHER: 0.00 TOTAL LINE B: 0.00

****************************************************

C CUSTOMER REQUESTS FREE COURTESY WASH
CWASHPO CUSTOMER REQUESTS FREE COURTESY WASH
80004 IWP (N/C)
PARTS: 0.00 LABOR: 0.00 OTHER: 0.00 TOTAL LINE C: 0.00

****************************************************

D** Electrics Battery "12v"
ASR Electrics Battery
8977 WP (N/C)
PARTS: 0.00 LABOR: 0.00 OTHER: 0.00 TOTAL LINE D: 0.00

Please see line A.

****************************************************

WARRANTY DISCLAIMER: ALL PARTS AND ACCESSORIES ARE SOLD AND ALL REPAIRS ARE PROVIDED BY THE DEALERSHIP AS-IS. THE DEALERSHIP HEREBY EXPRESSLY DISCLAIMS ALL WARRANTIES, EXPRESS AND IMPLIED, INCLUDING ANY IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE, AND NEITHER ASSUMES NOR AUTHORIZES ANY OTHER PERSON TO ASSUME FOR IT ANY LIABILITY IN CONNECTION WITH THE SALE OF PARTS OR PRODUCTS OR THE REPAIR. THE ONLY WARRANTIES ON PARTS AND ACCESSORIES OR REPAIRS ARE THOSE WHICH MAY BE OFFERED BY THE VEHICLE MANUFACTURER OR THE PARTS MANUFACTURER OR DISTRIBUTOR AND ONLY SUCH MANUFACTURER OR DISTRIBUTOR SHALL BE LIABLE FOR PERFORMANCE UNDER SUCH WARRANTIES. CUSTOMER SHALL NOT BE ENTITLED TO RECOVER FROM THE DEALERSHIP ANY CONSEQUENTIAL DAMAGES, DAMAGES TO PROPERTY, DAMAGES FOR LOSS OF USE, LOSS OF TIME, LOSS OF PROFIT OR INCOME, OR ANY OTHER INCIDENTAL DAMAGES.

By signing below, you acknowledge that you were notified of and authorized the Dealership to perform the services/repairs itemized in this Invoice and that you received (or had the opportunity to inspect) any replaced parts as requested by you. The vehicle is being returned to you in exchange for your payment of the Amount Due.

* SHOP SUPPLY COSTS: We have added a charge equal to 10% of the total cost of labor and parts, not to exceed $40.00, to the Repair Order for shop supplies used in connection with this repair.

ALL PARTS ARE NEW UNLESS OTHERWISE INDICATED.

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | |
| PARTS AMOUNT | |
| GAS, OIL, LUBE | |
| SUBLET AMOUNT | |
| MISC. CHARGES * | |
| TOTAL CHARGES | |
| LESS INSURANCE | |
| SALES TAX | |
| PLEASE PAY THIS AMOUNT | |

DATE CUSTOMER SIGNATURE AUTHORIZED DEALERSHIP REPRESENTATIVE SIGNATURE

CUSTOMER #: 89971

214877

INVOICE

PAGE 2

# FLOW COMPANIES OF CHARLOTTESVILLE

1313 Richmond Road
Charlottesville, VA 22911
Phone: (434) 296-4147
www.flowauto.com

JAMES WALKER
121 ISLAND PL
VERO BEACH, FL 32963-9524
HOME:434-258-1050 CONT:434-258-1050
BUS: CELL:

SERVICE ADVISOR: 8154 JAMES ERIC SMALLS

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN / OUT | TAG |
|---|---|---|---|---|---|---|
| | 18 | PORSCHE Panamera Hyb | WP0CE2A75JL189878 | | 150/3937 | T0148 |

| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 01JAN18 IS<br>01JAN18 DD | | | 18:00 15OCT18 | | 0.00 | CASH | 12NOV18 |

| R.O. OPENED | READY | OPTIONS: |
|---|---|---|
| 14:25 15OCT18 | 15:31 12NOV18 | |

LINE OPCODE TECH TYPE HOURS LIST NET TOTAL

EST: 540.90 31OCT18 07:28 SA: 8154

WARRANTY DISCLAIMER: ALL PARTS AND ACCESSORIES ARE SOLD AND ALL REPAIRS ARE PROVIDED BY THE DEALERSHIP AS-IS. THE DEALERSHIP HEREBY EXPRESSLY DISCLAIMS ALL WARRANTIES, EXPRESS AND IMPLIED, INCLUDING ANY IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE, AND NEITHER ASSUMES NOR AUTHORIZES ANY OTHER PERSON TO ASSUME FOR IT ANY LIABILITY IN CONNECTION WITH THE SALE OF PARTS OR PRODUCTS OR THE REPAIR. THE ONLY WARRANTIES ON PARTS AND ACCESSORIES OR REPAIRS ARE THOSE WHICH MAY BE OFFERED BY THE VEHICLE MANUFACTURER OR THE PARTS MANUFACTURER OR DISTRIBUTOR AND ONLY SUCH MANUFACTURER OR DISTRIBUTOR SHALL BE LIABLE FOR PERFORMANCE UNDER SUCH WARRANTIES. CUSTOMER SHALL NOT BE ENTITLED TO RECOVER FROM THE DEALERSHIP ANY CONSEQUENTIAL DAMAGES, DAMAGES TO PROPERTY, DAMAGES FOR LOSS OF USE, LOSS OF TIME, LOSS OF PROFIT OR INCOME, OR ANY OTHER INCIDENTAL DAMAGES.
By signing below, you acknowledge that you were notified of and authorized the Dealership to perform the services/repairs itemized in this Invoice and that you received (or had the opportunity to inspect) any replaced parts as requested by you. The vehicle is being returned to you in exchange for your payment of the Amount Due.

* SHOP SUPPLY COSTS: We have added a charge equal to 10% of the total cost of labor and parts, not to exceed $40.00, to the Repair Order for shop supplies used in connection with this repair.

ALL PARTS ARE NEW UNLESS OTHERWISE INDICATED.

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | 0.00 |
| PARTS AMOUNT | 0.00 |
| GAS, OIL, LUBE | 0.00 |
| SUBLET AMOUNT | 0.00 |
| MISC. CHARGES * | 0.00 |
| TOTAL CHARGES | 0.00 |
| LESS INSURANCE | 0.00 |
| SALES TAX | 0.00 |
| PLEASE PAY THIS AMOUNT | 0.00 |

DATE CUSTOMER SIGNATURE AUTHORIZED DEALERSHIP REPRESENTATIVE SIGNATURE

DealerCAP 2014 CDK Global, LLC (02/15) SERVICE INVOICE TYPE 2 - 2SI2C - "AS-IS" - VA - 9698020

CUSTOMER COPY

CUSTOMER #: 89971

214877

INVOICE

PAGE 1

# FLOW COMPANIES OF CHARLOTTESVILLE

1313 Richmond Road
Charlottesville, VA 22911
Phone: (434) 296-4147
www.flowauto.com

JAMES WALKER
121 ISLAND PL
VERO BEACH, FL 32963-9524
HOME:434-258-1050 CONT:434-258-1050
BUS: CELL:

SERVICE ADVISOR: 8154 JAMES ERIC SMALLS

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN / OUT | TAG |
|---|---|---|---|---|---|---|
| | 18 | PORSCHE Panamera Hyb | WP0CE2A75JL189878 | | 150/3937 | T0148 |

| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 01JAN18 IS<br>01JAN18 DD | | | 18:00 15OCT18 | | 0.00 | CASH | 12NOV18 |

| R.O. OPENED | READY | OPTIONS: |
|---|---|---|
| 14:25 15OCT18 | 15:31 12NOV18 | |

LINE OPCODE TECH TYPE HOURS LIST NET TOTAL

A CUSTOMER REQUESTS VEHICLE SHOWING LOW BATTERY CHARGE
CRPO CUSTOMER REQUESTS VEHICLE SHOWING LOW
BATTERY CHARGE
8977 WP (N/C)
1 958-611-075-21 BATTERY 75AH (N/C)
PARTS: 0.00 LABOR: 0.00 OTHER: 0.00 TOTAL LINE A: 0.00

Test drove vehicle, was able to verify customer's concern.
Inspected dtcs, multiple systems stored multiple dtcs (please see VALs). Created PTEC/TLAR and was in contact with FTM. Charged and tested 12v battery, failed. Monitored 12v battery charging, ok. Monitored for parasitic draw, none detected. Replaced 12v battery and monitored systems operation, ok. Test drove in hybrid mode a total of 20 miles, mostly interstate, ok. Inspected dtcs post test drive, none stored.

******************************************************

B CUSTOMER REQUESTS FREE COURTESY MULTI-POINT INSPECTION
CINSPECTIONFO CUSTOMER REQUESTS FREE COURTESY
MULTI-POINT INSPECTION
8977 IPPS (N/C)
PARTS: 0.00 LABOR: 0.00 OTHER: 0.00 TOTAL LINE B: 0.00

******************************************************

C CUSTOMER REQUESTS FREE COURTESY WASH
CWASHFO CUSTOMER REQUESTS FREE COURTESY WASH
80004 IWP (N/C)
PARTS: 0.00 LABOR: 0.00 OTHER: 0.00 TOTAL LINE C: 0.00

******************************************************

D ** Electrics Battery "12v"
ASR Electrics Battery
8977 WP (N/C)
PARTS: 0.00 LABOR: 0.00 OTHER: 0.00 TOTAL LINE D: 0.00
Please see line A.

******************************************************

WARRANTY DISCLAIMER: ALL PARTS AND ACCESSORIES ARE SOLD AND ALL REPAIRS ARE PROVIDED BY THE DEALERSHIP AS-IS. THE DEALERSHIP HEREBY EXPRESSLY DISCLAIMS ALL WARRANTIES, EXPRESS AND IMPLIED, INCLUDING ANY IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE, AND NEITHER ASSUMES NOR AUTHORIZES ANY OTHER PERSON TO ASSUME FOR IT ANY LIABILITY IN CONNECTION WITH THE SALE OF PARTS OR PRODUCTS OR THE REPAIR. THE ONLY WARRANTIES ON PARTS AND ACCESSORIES OR REPAIRS ARE THOSE WHICH MAY BE OFFERED BY THE VEHICLE MANUFACTURER OR THE PARTS MANUFACTURER OR DISTRIBUTOR AND ONLY SUCH MANUFACTURER OR DISTRIBUTOR SHALL BE LIABLE FOR PERFORMANCE UNDER SUCH WARRANTIES. CUSTOMER SHALL NOT BE ENTITLED TO RECOVER FROM THE DEALERSHIP ANY CONSEQUENTIAL DAMAGES, DAMAGES TO PROPERTY, DAMAGES FOR LOSS OF USE, LOSS OF TIME, LOSS OF PROFIT OR INCOME, OR ANY OTHER INCIDENTAL DAMAGES.
By signing below, you acknowledge that you were notified of and authorized the Dealership to perform the services/repairs itemized in this Invoice and that you received (or had the opportunity to inspect) any replaced parts as requested by you. The vehicle is being returned to you in exchange for your payment of the Amount Due.

* SHOP SUPPLY COSTS: We have added a charge equal to 10% of the total cost of labor and parts, not to exceed $40.00, to the Repair Order for shop supplies used in connection with this repair.

ALL PARTS ARE NEW UNLESS OTHERWISE INDICATED.

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | |
| PARTS AMOUNT | |
| GAS, OIL, LUBE | |
| SUBLET AMOUNT | |
| MISC. CHARGES * | |
| TOTAL CHARGES | |
| LESS INSURANCE | |
| SALES TAX | |
| PLEASE PAY THIS AMOUNT | |

DATE CUSTOMER SIGNATURE AUTHORIZED DEALERSHIP REPRESENTATIVE SIGNATURE

CUSTOMER #: 89971

214877

INVOICE

PAGE 2

# FLOW COMPANIES OF CHARLOTTESVILLE

1313 Richmond Road
Charlottesville, VA 22911
Phone: (434) 296-4147
www.flowauto.com

JAMES WALKER
121 ISLAND PL
VERO BEACH, FL 32963-9524
HOME:434-258-1050 CONT:434-258-1050
BUS: CELL:

SERVICE ADVISOR: 8154 JAMES ERIC SMALLS

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN / OUT | TAG |
|---|---|---|---|---|---|---|
| | 18 | PORSCHE Panamera Hyb | WP0CE2A75JL189878 | | 150/3937 | T0148 |

| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 01JAN18 IS<br>01JAN18 DD | | | 18:00 15OCT18 | | 0.00 | CASH | 12NOV18 |

| R.O. OPENED | READY | OPTIONS: |
|---|---|---|
| 14:25 15OCT18 | 15:31 12NOV18 | |

LINE OPCODE TECH TYPE HOURS LIST NET TOTAL

EST: 540.90 31OCT18 07:28 SA: 8154

WARRANTY DISCLAIMER: ALL PARTS AND ACCESSORIES ARE SOLD AND ALL REPAIRS ARE PROVIDED BY THE DEALERSHIP AS-IS. THE DEALERSHIP HEREBY EXPRESSLY DISCLAIMS ALL WARRANTIES, EXPRESS AND IMPLIED, INCLUDING ANY IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE, AND NEITHER ASSUMES NOR AUTHORIZES ANY OTHER PERSON TO ASSUME FOR IT ANY LIABILITY IN CONNECTION WITH THE SALE OF PARTS OR PRODUCTS OR THE REPAIR. THE ONLY WARRANTIES ON PARTS AND ACCESSORIES OR REPAIRS ARE THOSE WHICH MAY BE OFFERED BY THE VEHICLE MANUFACTURER OR THE PARTS MANUFACTURER OR DISTRIBUTOR AND ONLY SUCH MANUFACTURER OR DISTRIBUTOR SHALL BE LIABLE FOR PERFORMANCE UNDER SUCH WARRANTIES. CUSTOMER SHALL NOT BE ENTITLED TO RECOVER FROM THE DEALERSHIP ANY CONSEQUENTIAL DAMAGES, DAMAGES TO PROPERTY, DAMAGES FOR LOSS OF USE, LOSS OF TIME, LOSS OF PROFIT OR INCOME, OR ANY OTHER INCIDENTAL DAMAGES.

By signing below, you acknowledge that you were notified of and authorized the Dealership to perform the services/repairs itemized in this Invoice and that you received (or had the opportunity to inspect) any replaced parts as requested by you. The vehicle is being returned to you in exchange for your payment of the Amount Due.

* SHOP SUPPLY COSTS: We have added a charge equal to 10% of the total cost of labor and parts, not to exceed $40.00, to the Repair Order for shop supplies used in connection with this repair

ALL PARTS ARE NEW UNLESS OTHERWISE INDICATED.

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | 0.00 |
| PARTS AMOUNT | 0.00 |
| GAS, OIL, LUBE | 0.00 |
| SUBLET AMOUNT | 0.00 |
| MISC. CHARGES * | 0.00 |
| TOTAL CHARGES | 0.00 |
| LESS INSURANCE | 0.00 |
| SALES TAX | 0.00 |
| PLEASE PAY THIS AMOUNT | 0.00 |

DATE CUSTOMER SIGNATURE AUTHORIZED DEALERSHIP REPRESENTATIVE SIGNATURE

DealerCAP 2014 CDK Global, LLC (02/15) SERVICE INVOICE TYPE 2 - 2S2C - "AS-IS" - VA - 9698020

CUSTOMER COPY



# PORSCHE OF TYSONS CORNER

8601 Westwood Center Drive
Vienna, Virginia 22182
703-564-6300
Fax 703-564-6345
www.porscheoftysonscorner.com

RECOMMENDED SERVICES

| OPERATION | OPERATION DESCRIPTION | MO/MI | TOTAL | OPERATION | OPERATION DESCRIPTION | MO/MI | TOTAL |
|---|---|---|---|---|---|---|---|
| 51P0Z | BODY ELECTRICAL | RN | | 10P0Z07A | 6 CYL TUNE UP | RN | |

SERVICE HISTORY

| DATE | REPAIR ORDER | MILEAGE | ADVISOR | TECHNICIAN | TYPE | OPERATION | OPERATION DESCRIPTION |
|---|---|---|---|---|---|---|---|
| 12/10/20 | 42517 | 29144 | 2027 | 1478 | W | 52P0Z03 | SOUND SYSTEM |
| | | | | 1478 | C | 52P0Z04 | SOUND SYSTEM |
| | | | | 1478 | C | 01P0Z001 | PORSCHE MULTI-POINT |
| | | | | 1984 | C | 66P0ZONLINE | ONLINE PAYMENT |
| | | | | 1478 | C | 92P0Z000LMY | LOW MILE YEARLY SVC |
| | | | | 1478 | C | 66P0ZSTORAGE | STORAGE FEE |

SALESPERSON NO. S E R V I C E STATE REG# 3

| Field | Value |
|---|---|
| VEHICLE I.D. NO. | WP0CE2A75JL189878 |
| YEAR/MAKE/MODEL | 18/PORSCHE/PANAMERA/4 E-HYBRD SPRT |
| PRODUCTION DATE | |
| STOCK NO. | |
| LICENSE NO. | |
| R. O. NO. | 43134 |
| CUSTOMER NO. | 227937 |
| SERVICE CONTRACT | |
| DELIVERY DATE | |
| DELIVERY MILES | |
| SELLING DEALER NO. | |
| R. O. DATE | 01/12/21 |
| COLOR | |
| CONTRACT NO. | |
| EXPIRATION DATE | |
| EXPIRATION MILES | |
| TAG NO. | 400 |
| TURBO | Y |
| M/MC | P0ZZ |
| AIR COND. | Y |
| P. S. | Y |
| TRANS | A |
| MILEAGE | 30,201 |
| ADVISOR NO. | 2027 |
| ADVISOR | RON |
| RESIDENCE PHONE | |
| BUSINESS PHONE | |
| TIME RECEIVED | 07:32am |
| DATE/TIME PROMISED | 01/12/21 05:00pm |
| PRIORITY | 1 |
| LABOR RATE | |
| APPOINTMENT | ☒ Yes ☐ No |

JAMES WALKER
303 HOWARD DR
LYNCHBURG, VA 24503

CELL: 434-258-1050

I hereby authorize the repair work herein set forth to be done along with the necessary material and agree that you are not responsible for loss or damage to vehicle or articles left in vehicle in case of fire, theft or any other cause beyond your control or for any delays caused by unavailability of parts or delays in parts shipments by the supplier or transporter. I hereby grant you and/or your employees permission to operate the vehicle herein described on streets, highways or elsewhere for the purpose of testing and/or inspection. An express mechanic's lien is hereby acknowledged on above vehicle to secure the amount or repairs thereto. Not responsible for damage from freezing due to lack of antifreeze.

X ______________________

JOB

**COMMENTS :**
**++LOANER++loaner**

1. W 52P0Z ——— ***TRIM ELECTRICAL***
**CUSTOMER STATES RADIO DOES NOT COME ON, AT TIMES IT TAKES 20 MINUTES TO POWER UP, RADIO WAS JUST REPLACED**

2. C 61P0Z ——— ***EXTERIOR TRIM***
**CUSTOMER STATES REAR WIPER COVER CAME OFF**

3. C 70P0Z12 ——— ***Porsche Mobility Prg***
**PORSCHE LOANER PTC55**

4. C 01P0Z001 ——— ***PORSCHE MULTI-POINT***
**PERFORM "PORSCHE MULTI-POINT INSPECTION REPORT"**

5. C 66P0ZSTORAGE ——— ***STORAGE FEE***
**$85 STORAGE FEE WILL BE CHARGED TO ALL TICKETS 48 HOURS AFTER CUSTOMER HAS BEEN NOTIFIED OF COMPLETION**

**NOTE TO CONSUMER: PLEASE READ IMPORTANT INFORMATION ON REVERSE SIDE**

Customer agrees that this Agreement includes all of the terms and conditions on the **front and back side hereof,** that this Agreement cancels and supersedes any prior agreement including oral agreements, and as of the date above comprises the entire agreement between Customer and Dealer relating to these repairs or other matters referred to on the front or back side of this document. Customer also acknowledges receipt of copy of this invoice.

______________________
Customer Signature

Customer Initials: ______ I hereby consent to receive e-mails, text messages and autodialed and/or pre-recorded telemarketing calls from or on behalf of the Dealership at the telephone number(s) and or e-mail address I provided in this document. I understand that carrier charges may apply and that such consent is not a condition of purchasing or leasing any goods or services from the Dealership.

The Reynolds and Reynolds Company ERAIN WO2E SF654822 Q (07/20)

 [CONTINUED ON NEXT PAGE]



PORSCHE TYSONS CORNER
8601 Westwood Center Drive
Vienna, Virginia 22182
703-564-6300
Fax 703-564-6345
www.porschetysonscorner.com

CELL: 434-258-1050

| CUSTOMER NO. | ADVISOR | TAG NO. | INVOICE DATE | INVOICE NO. |
|---|---|---|---|---|
| 227937 | RON 2027 | 400 | 02/03/21 | POCS43134 |

JAMES WALKER
303 HOWARD DR
LYNCHBURG, VA 24503

| LABOR RATE | LICENSE NO. | MILEAGE | COLOR | STOCK NO. |
|---|---|---|---|---|
| | | 30,201 | / | |

| YEAR / MAKE / MODEL | DELIVERY DATE | DELIVERY MILES |
|---|---|---|
| 18/PORSCHE/PANAMERA/4 E-HYBRD SPRT T | | |

| VEHICLE I.D. NO. | SELLING DEALER NO. | PRODUCTION DATE |
|---|---|---|
| WPOCE2A75JL189878 | | |

| F.T.E. NO. | P.O. NO. | R.O. DATE |
|---|---|---|
| | | 01/12/21 |

| RESIDENCE PHONE | BUSINESS PHONE | COMMENTS |
|---|---|---|
| | | MO: 30202 |

```
LABOR_&_PARTS-----------------------------------------------------------------
J#_1_52POZ________TRIM_ELECTRICAL___________________TECH(S):1478______________WARRANTY
          CUSTOMER STATES RADIO DOES NOT COME ON, AT TIMES IT TAKES 20
          MINUTES TO POWER UP, RADIO WAS JUST REPLACED
           U025700 Lost Communication With Front Controls/Display
          Interface Module
          PRODUCE AND SEND VAL , REPLACE Front Controls/Display
          Interface Module AND REPLACE ASHTRAY

PARTS------QTY---FP-NUMBER--------------DESCRIPTION-------------------UNIT PRICE-
JOB # 1      1     971-919-597-F-0V3    DISPLAY HIGH-GLO                        WARRANTY
JOB # 1      1     971-857-335-B-1E0    ASHTRAY BLACK                           WARRANTY
                                                  JOB #  1 TOTAL PARTS            0.00

                                           JOB #  1 TOTAL LABOR & PARTS           0.00
-------------------------------------------------------------------------------------
J#_2_61POZ01________EXT_TRIM_CONCERN________________TECH(S):1478___________________99.00
          CUSTOMER STATES REAR WIPER COVER CAME OFF CUSTOMER STATES
          REAR WIPER COVER CAME OFF
          cp .50 replace rear wiper cover

PARTS------QTY---FP-NUMBER--------------DESCRIPTION-------------------UNIT PRICE-
JOB # 2      1     974-955-435-B        COVER CAP                     12.90       12.90
                                                  JOB #  2 TOTAL PARTS           12.90

                                           JOB #  2 TOTAL LABOR & PARTS         111.90
-------------------------------------------------------------------------------------
J#_3_70POZ12________Porsche_Mobility_Prg____________TECH(S):1478____________________0.00
          PORSCHE LOANER PTC55
          COURTESY TRANSPORTATION/SHUTTLE

PARTS------QTY---FP-NUMBER--------------DESCRIPTION-------------------UNIT PRICE-
                                                  JOB #  3 TOTAL PARTS            0.00

                                           JOB #  3 TOTAL LABOR & PARTS           0.00
-------------------------------------------------------------------------------------
J#_4_01POZ001_______PORSCHE_MULTI-POINT_____________TECH(S):1478____________________0.00
          PERFORM "PORSCHE MULTI-POINT INSPECTION REPORT"
          Perform Porsche Multi-Point Inspection Report All

PARTS------QTY---FP-NUMBER--------------DESCRIPTION-------------------UNIT PRICE-
                                                  JOB #  4 TOTAL PARTS            0.00

                                           JOB #  4 TOTAL LABOR & PARTS           0.00
-------------------------------------------------------------------------------------
J#_5_66POZSTORAGE___STORAGE_FEE_____________________TECH(S):1478____________________0.00
          $85 STORAGE FEE WILL BE CHARGED TO ALL TICKETS 48 HOURS
          AFTER CUSTOMER HAS BEEN NOTIFIED OF COMPLETION

PARTS------QTY---FP-NUMBER--------------DESCRIPTION-------------------UNIT PRICE-
                                                  JOB #  5 TOTAL PARTS            0.00

                                           JOB #  5 TOTAL LABOR & PARTS           0.00
-------------------------------------------------------------------------------------
```

**NOTE TO CONSUMER: PLEASE READ IMPORTANT INFORMATION ON REVERSE SIDE**

Customer agrees that this Agreement includes all of the terms and conditions on the **front and back side hereof,** that this Agreement cancels and supersedes any prior agreement including oral agreements, and as of the date above comprises the entire agreement between Customer and Dealer relating to these repairs or other matters referred to on the front or back side of this document. Customer also acknowledges receipt of copy of this invoice.

Customer Signature

Customer Initials: _______ I hereby consent to receive e-mails, text messages and autodialed and/or pre-recorded telemarketing calls from or on behalf of the Dealership at the telephone number(s) and or e-mail address I provided in this document. I understand that carrier charges may apply and that such consent is not a condition of purchasing or leasing any goods or services from the Dealership.

 CUSTOMER COPY [CONTINUED ON NEXT PAGE] 07:49am

The Reynolds and Reynolds Company ERAINTINVE
SF654823 Q (01/21)



PORSCHE OF TYSONS CORNER
8601 Westwood Center Drive
Vienna, Virginia 22182
703-564-6300
Fax 703-564-6345
www.porscheoftysonscorner.com

CELL: 434-258-1050

| CUSTOMER NO. | ADVISOR | TAG NO. | INVOICE DATE | INVOICE NO. |
|---|---|---|---|---|
| 227937 | RON 2027 | 512 | 12/21/20 | PO+S42517 |

JAMES WALKER
303 HOWARD DR
LYNCHBURG, VA 24503

| LABOR RATE | LICENSE NO. | MILEAGE | COLOR | STOCK NO. |
|---|---|---|---|---|
| | | 29,144 | / | |

| YEAR / MAKE / MODEL | DELIVERY DATE | DELIVERY MILES |
|---|---|---|
| 18/PORSCHE/PANAMERA/4 E-HYBRD SPRT T | | |

| VEHICLE I.D. NO. | SELLING DEALER NO. | PRODUCTION DATE |
|---|---|---|
| W P 0 C E 2 A 7 5 J L 1 8 9 8 7 8 | | |

| F.T.E. NO. | P.O. NO. | R.O. DATE |
|---|---|---|
| | | 12/10/20 |

| RESIDENCE PHONE | BUSINESS PHONE | COMMENTS |
|---|---|---|
| | | MO: 29146 |

JOB# 1 CHARGES------------------------------------------------------------------------------------------

LABOR----WARRANTY-------------------------------------------------------------------------
J#_1_52POZ03__________SOUND_SYSTEM______________________TECH(S):1478____________________124.89

| TECH# | DATE | START | FINISH | ACT | TIME | DESCRIPTION |
|---|---|---|---|---|---|---|
| 1478 | 12/17/20 | 7.90 | 10.10 | 2.20 | 0.00 | HOLD OTHER |
| 1478 | 12/18/20 | 15.60 | 15.60 | 0.00 | 0.00 | FINISHED |
| 1478 | 12/18/20 | 0.00 | 0.69 | 0.00 | 0.69 | FINISHED |
| | | TOTAL TECH TIME | | 2.20 | 0.69 | |

COMPLAINT CUSTOMER STATES PCM SCREEN TAKES A LONG TIME TO TURN ON, SOMETIMES 5 MIN, SOMETIMES 3 HOURS
CORRECTION produce and send val replace pcm computer

CLAIM # 42517-1

| PARTS | QTY | FP-NUMBER | DESCRIPTION | U/COST | E/COST | U/PRICE | |
|---|---|---|---|---|---|---|---|
| WARR | 1 | 971-035-028-X-6N3 | CENTRAL COMPUTER | 2600.44 | 2600.44 | 4173.30 | 4173.30 |
| WARR | -1 | 971-035-028-X-6N3 | CORE RETURN | 829.20 | -829.20 | 829.20 | -829.20 |
| | | | | COST TOTAL | 1771.24 | | |
| | | | | | | TOTAL - PARTS | 3344.10 |

JOB# 1 TOTALS---------CUSTOMER------------------WARRANTY------------------INTERNAL---------

| | CUSTOMER GL | CUSTOMER COST | CUSTOMER SALE | WARRANTY GL | WARRANTY COST | WARRANTY SALE | INTERNAL GL | INTERNAL COST | INTERNAL SALE |
|---|---|---|---|---|---|---|---|---|---|
| LABOR | | | | 4411 | 18.63 | 124.89 | | | |
| PARTS | | | | 4711 | 1771.24 | 3344.10 | | | |
| TOTAL | | 0.00 | 0.00 | | 1789.87 | 3468.99 | | 0.00 | 0.00 |
| JOB# 1 JOURNAL PREFIX | | | POCS | | | POWS | | | POIS |

JOB# 2 CHARGES------------------------------------------------------------------------------------------

LABOR----CUSTOMER-------------------------------------------------------------------------
J#_2_52POZ04__________SOUND_SYSTEM______________________TECH(S):1478____________________0.00

| TECH# | DATE | START | FINISH | ACT | TIME | DESCRIPTION |
|---|---|---|---|---|---|---|
| 1478 | 12/17/20 | 8.80 | 8.80 | 0.00 | 0.00 | FINISHED |
| 1478 | 12/17/20 | 0.00 | 0.00 | 0.00 | | FINISHED |
| | | TOTAL TECH TIME | | 0.00 | 0.00 | |

COMPLAINT CUSTOMER REQUESTS NAVIGATION UPDATE, ESTIMATE PLEASE
CORRECTION ESTIMATE PROVIDED

JOB# 2 TOTALS---------CUSTOMER------------------WARRANTY------------------INTERNAL---------

| | CUSTOMER GL | CUSTOMER COST | CUSTOMER SALE | WARRANTY GL | WARRANTY COST | WARRANTY SALE | INTERNAL GL | INTERNAL COST | INTERNAL SALE |
|---|---|---|---|---|---|---|---|---|---|
| LABOR | 4401 | 0.00 | 0.00 | | | | | | |
| TOTAL | | 0.00 | 0.00 | | 0.00 | 0.00 | | 0.00 | 0.00 |
| JOB# 2 JOURNAL PREFIX | | | POCS | | | POWS | | | POIS |

JOB# 3 CHARGES------------------------------------------------------------------------------------------

LABOR----CUSTOMER-------------------------------------------------------------------------
J#_3_01POZ001__________PORSCHE_MULTI-POINT______________________TECH(S):1478____________________0.00

**NOTE TO CONSUMER: PLEASE READ IMPORTANT INFORMATION ON REVERSE SIDE**

Customer agrees that this Agreement includes all of the terms and conditions on the **front and back side hereof,** that this Agreement cancels and supersedes any prior agreement including oral agreements, and as of the date above comprises the entire agreement between Customer and Dealer relating to these repairs or other matters referred to on the front or back side of this document. Customer also acknowledges receipt of copy of this invoice.

Customer Signature

Customer Initials: ______ I hereby consent to receive e-mails, text messages and autodialed and/or pre-recorded telemarketing calls from or on behalf of the Dealership at the telephone number(s) and or e-mail address I provided in this document. I understand that carrier charges may apply and that such consent is not a condition of purchasing or leasing any goods or services from the Dealership.

 [CONTINUED ON NEXT PAGE] 14:37:07



PORSCHE OF TYSONS CORNER
8601 Westwood Center Drive
Vienna, Virginia 22182
703-564-6300
Fax 703-564-6345
www.porscheoftysonscorner.com

CELL: 434-258-1050

| CUSTOMER NO. 227937 | ADVISOR RON 2027 | TAG NO. 512 | INVOICE DATE 12/21/20 | INVOICE NO. PO+S42517 |
|---|---|---|---|---|
| JAMES WALKER<br>303 HOWARD DR<br>LYNCHBURG, VA 24503 | LABOR RATE / LICENSE NO. | MILEAGE 29,144 | COLOR / | STOCK NO. |
| | YEAR / MAKE / MODEL 18/PORSCHE/PANAMERA/4 E-HYBRD SPRT T | | DELIVERY DATE | DELIVERY MILES |
| | VEHICLE I.D. NO. W P 0 C E 2 A 7 5 J L 1 8 9 8 7 8 | | SELLING DEALER NO. | PRODUCTION DATE |
| | F.T.E. NO. | P.O. NO. | R.O. DATE 12/10/20 | |
| RESIDENCE PHONE / BUSINESS PHONE | COMMENTS | | | MO: 29146 |

```
LABOR----CUSTOMER----------------------------------------------------------
        TECH#    DATE     START   FINISH   ACT    TIME    DESCRIPTION
        1478   12/14/20    8.60     8.60   0.00   0.00    FINISHED
        1478   12/14/20    0.00     0.00   0.00   0.00    FINISHED
                          TOTAL TECH TIME  0.00   0.00

COMPLAINT    PERFORM "PORSCHE MULTI-POINT INSPECTION REPORT"
CORRECTION   Perform Porsche Multi-Point Inspection Report All

JOB#  3 TOTALS---------CUSTOMER------------------WARRANTY------------------INTERNAL---------
            GL       COST       SALE      GL      COST      SALE     GL      COST       SALE
  LABOR    4401      0.00       0.00
  TOTAL              0.00       0.00              0.00      0.00             0.00       0.00
JOB#  3 JOURNAL PREFIX          POCS                        POWS                        POIS

JOB#  4 CHARGES--------------------------------------------------------------------

LABOR----CUSTOMER----------------------------------------------------------
J#4 66POZONLINE ONLINE PAYMENT TECH(S):1984 0:00
        TECH#    DATE     START   FINISH   ACT    TIME    DESCRIPTION
        1984   12/18/20   16.70    16.70   0.00   0.00    FINISHED
        1984   12/18/20    0.00     0.00   0.00           FINISHED
                          TOTAL TECH TIME  0.00   0.00

COMPLAINT    COMPLIMENTARY OPTION TO PAY ONLINE
CAUSE        ?
CORRECTION   ?

JOB#  4 TOTALS---------CUSTOMER------------------WARRANTY------------------INTERNAL---------
            GL       COST       SALE      GL      COST      SALE     GL      COST       SALE
  LABOR    4401      0.00       0.00
  TOTAL              0.00       0.00              0.00      0.00             0.00       0.00
JOB#  4 JOURNAL PREFIX          POCS                        POWS                        POIS

JOB#  5 CHARGES--------------------------------------------------------------------

LABOR----CUSTOMER----------------------------------------------------------
```

**NOTE TO CONSUMER: PLEASE READ IMPORTANT INFORMATION ON REVERSE SIDE**

Customer agrees that this Agreement includes all of the terms and conditions on the **front and back side hereof,** that this Agreement cancels and supersedes any prior agreement including oral agreements, and as of the date above comprises the entire agreement between Customer and Dealer relating to these repairs or other matters referred to on the front or back side of this document. Customer also acknowledges receipt of copy of this invoice.

Customer Signature

Customer Initials: ______ I hereby consent to receive e-mails, text messages and autodialed and/or pre-recorded telemarketing calls from or on behalf of the Dealership at the telephone number(s) and or e-mail address I provided in this document. I understand that carrier charges may apply and that such consent is not a condition of purchasing or leasing any goods or services from the Dealership.

 ALL DETAILS [CONTINUED ON NEXT PAGE] 14:37:07

The Reynolds and Reynolds Company ERAINTINVE
SF654823 Q (07/20)



PORSCHE OF TYSONS CORNER
8601 Westwood Center Drive
Vienna, Virginia 22182
703-564-6300
Fax 703-564-6345
www.porscheoftysonscorner.com

CELL: 434-258-1050

| CUSTOMER NO. | ADVISOR | TAG NO. | INVOICE DATE | INVOICE NO. |
|---|---|---|---|---|
| 227937 | RON 2027 | 512 | 12/21/20 | PO+S42517 |

JAMES WALKER
303 HOWARD DR
LYNCHBURG, VA 24503

| LABOR RATE | LICENSE NO. | MILEAGE | COLOR | STOCK NO. |
|---|---|---|---|---|
| | | 29,144 | / | |

| YEAR / MAKE / MODEL | DELIVERY DATE | DELIVERY MILES |
|---|---|---|
| 18/PORSCHE/PANAMERA/4 E-HYBRD SPRT T | | |

| VEHICLE I.D. NO. | SELLING DEALER NO. | PRODUCTION DATE |
|---|---|---|
| W P 0 C E 2 A 7 5 J L 1 8 9 8 7 8 | | |

| F. T. E. NO. | P. O. NO. | R. O. DATE |
|---|---|---|
| | | 12/10/20 |

| RESIDENCE PHONE | BUSINESS PHONE | COMMENTS |
|---|---|---|
| | | MO: 29146 |

LABOR----CUSTOMER----
J# 5 92P0Z000LMY LOW MILE YEARLY SVC TECH(S):1478 624.00

| TECH# | DATE | START | FINISH | ACT | TIME | DESCRIPTION |
|---|---|---|---|---|---|---|
| 1478 | 12/14/20 | 8.60 | 8.60 | 0.00 | 0.00 | FINISHED |
| 1478 | 12/14/20 | 0.00 | 0.00 | 0.00 | 3.20 | FINISHED |
| | | TOTAL TECH TIME | | 0.00 | 3.20 | |

YEARLY SERVICE

| | |
|---|---|
| MAJC | Axle Joints: Check Play, Visual Inspection Of Dust Boots |
| MAJVI | Axle Shaft: Visual Inspection Dust Cap For Damage |
| MARHM | Visual Inspect All Rubber/Hydraulic Mounts For Damage |
| MBFR | Visual Inspection Of Brake Pads & Brake Disks For Wear |
| MBHLVI | Brake Hoses & Lines: Visual Inspection |
| MBLIDC | Brake Lines: Visual Inspection For Damage & Corrosion |
| MBLIDCR | Brake Lines: Visual Inspect For Damage/Routing/Corrosion |
| MCSCS | Rear Cardan Shaft: Visual Inspection Center Bearing |
| MDSI | Drive Shafts: Visual Inspect Of Boots For Leaks & Damage |
| MDSR | Diagnosis System: Read Out Fault Memory |
| MECV | Engine Compartment: Visual Inspection For Damage |
| MFCSV | Front Cardan Shaft: Visual Inspection Rolling Lobe |
| MFLCI | Fuel Lines & Connections: Visual Inspection |
| MFSC | Fuel System: Visual Inspection |
| MOFCM | OEM Oil & Filter Change |
| MRSR | Reset Service Reminder Lights |
| MRVI | Radiators & Air Inlets: Visual Inspection |
| MSGC | Steering Gear: Visual Inspect Bellows For Damage |
| MUP | Underbody Panel: Visual Inspection |
| MUVI | Underside Of Vehicle & Eng. Compartment: Visual Inspect |
| MVILR | Visual Inspection For Oil & Fluid Leaks |
| MVLI | Oils & Fluids: Visual Inspection For Leaks |

COMPLAINT CUSTOMER REQUESTS A LOW MILEAGE YEARLY SERVICE
CAUSE CUSTOMER REQUESTS A LOW MILEAGE YEARLY SERVICE
CORRECTION cp 3.20 performed YEARLY SERVICE

| PARTS | QTY | FP-NUMBER | DESCRIPTION | U/COST | E/COST | U/PRICE | |
|---|---|---|---|---|---|---|---|
| CUST | 1 | 9A7-198-405-00 | FILTER ELEMENT | 17.58 | 17.58 | 35.39 | 35.39 |
| CUST | 1 | N-013-849-4 | SEALING RING | 0.76 | 0.76 | 3.43 | 3.43 |
| CUST | 8 | 0-W30-ESP MOBIL-1 0W30 ESP | MOB-1 0W30 ESP | 6.04 | 48.32 | 10.98 | 87.84 |
| CUST | 1 | BG208 | BG44K | 16.49 | 16.49 | 29.94 | 29.94 |
| CUST | 1 | BG115 | MOA EXT LIFE | 9.75 | 9.75 | 18.98 | 18.98 |
| CUST | 1 | PAF-911-679 | SEALING PLUG | 2.45 | 2.45 | 6.65 | 6.65 |
| | | | COST TOTAL | | 95.35 | | |
| | | | | | TOTAL - PARTS | | 182.23 |

G.O.G. & SUPPLIES----
CUST 2.0 WASHER SOLVENT @ 3.500 /UNIT 7.00
TOTAL - GOG 7.00

| JOB# 5 TOTALS | CUSTOMER GL | CUSTOMER COST | CUSTOMER SALE | WARRANTY GL | WARRANTY COST | WARRANTY SALE | INTERNAL GL | INTERNAL COST | INTERNAL SALE |
|---|---|---|---|---|---|---|---|---|---|
| LABOR | 4401 | 86.40 | 624.00 | | | | | | |
| PARTS | 4701 | 95.35 | 182.23 | | | | | | |
| G.O.G. | 4768 | 3.30 | 7.00 | | | | | | |
| TOTAL | | 185.05 | 813.23 | | 0.00 | 0.00 | | 0.00 | 0.00 |

**NOTE TO CONSUMER: PLEASE READ IMPORTANT INFORMATION ON REVERSE SIDE**

Customer agrees that this Agreement includes all of the terms and conditions on the front and **back side hereof**, that this Agreement cancels and supersedes any prior agreement including oral agreements, and as of the date above comprises the entire agreement between Customer and Dealer relating to these repairs or other matters referred to on the front or back side of this document. Customer also acknowledges receipt of copy of this invoice.

Customer Signature

Customer Initials: _______ I hereby consent to receive e-mails, text messages and autodialed and/or pre-recorded telemarketing calls from or on behalf of the Dealership at the telephone number(s) and or e-mail address I provided in this document. I understand that carrier charges may apply and that such consent is not a condition of purchasing or leasing any goods or services from the Dealership.

 [CONTINUED ON NEXT PAGE] 14:37:07

The Reynolds and Reynolds Company ERAINTINVE
SF654823 Q (07/20)



PORSCHE OF TYSONS CORNER
8601 Westwood Center Drive
Vienna, Virginia 22182
703-564-6300
Fax 703-564-6345
www.porscheoftysonscorner.com

CELL: 434-258-1050

| CUSTOMER NO. 227937 | ADVISOR RON 2027 | TAG NO. 512 | INVOICE DATE 12/21/20 | INVOICE NO. PO+S42517 |
|---|---|---|---|---|
| JAMES WALKER<br>303 HOWARD DR<br>LYNCHBURG, VA 24503 | LABOR RATE / LICENSE NO. | MILEAGE 29,144 | COLOR / | STOCK NO. |
| | YEAR / MAKE / MODEL 18/PORSCHE/PANAMERA/4 E-HYBRD SPRT T | | DELIVERY DATE | DELIVERY MILES |
| | VEHICLE I.D. NO. W P 0 C E 2 A 7 5 J L 1 8 9 8 7 8 | | SELLING DEALER NO. | PRODUCTION DATE |
| | F.T.E. NO. | P.O. NO. | R.O. DATE 12/10/20 | |
| RESIDENCE PHONE / BUSINESS PHONE | COMMENTS | | MO: 29146 | |

JOB# 5 JOURNAL PREFIX POCS POWS POIS

JOB# 6 CHARGES

LABOR----CUSTOMER

J# 6 66POZSTORAGE STORAGE FEE TECH(S):1478 0.00

| TECH# | DATE | START | FINISH | ACT | TIME | DESCRIPTION |
|---|---|---|---|---|---|---|
| 1478 | 12/14/20 | 8.60 | 8.60 | 0.00 | 0.00 | FINISHED |
| 1478 | 12/14/20 | 0.00 | 0.00 | 0.00 | 0.00 | FINISHED |
| | | TOTAL TECH TIME | | 0.00 | 0.00 | |

COMPLAINT $85 STORAGE FEE WILL BE CHARGED TO ALL TICKETS 48 HOURS AFTER CUSTOMER HAS BEEN NOTIFIED OF COMPLETION

JOB# 6 TOTALS---------CUSTOMER-------------------WARRANTY-------------------INTERNAL---------

| | GL | COST | SALE | GL | COST | SALE | GL | COST | SALE |
|---|---|---|---|---|---|---|---|---|---|
| LABOR | 4401 | 0.00 | 0.00 | | | | | | |
| TOTAL | | 0.00 | 0.00 | | 0.00 | 0.00 | | 0.00 | 0.00 |

JOB# 6 JOURNAL PREFIX POCS POWS POIS

MISC------CODE--------DESCRIPTION-----------------------------CONTROL NO---------

| MISC | CODE | DESCRIPTION | AMOUNT |
|---|---|---|---|
| JOB # A | SHM | SERVICE HISTORY ADMIN | 1.49 |
| JOB # A | A2 | SHOP SUPP/HAZARDOUS MAT | 60.42 |
| | | TOTAL - MISC | 61.91 |

COMMENTS------------------------------------------------------------------------
++LOANER++ FRIDAY IF POSSIBLE 12/11
RECOMMENDED NOT DONE/ DECLINED SERVICES-----------------------------------------

51POZ BODY ELECTRICAL TECH: 1478 FOLLOW-UP: 01/01/21 $653.57
COMMENTS: NOT DO

10POZ07A 6 CYL TUNE UP TECH: 1478 FOLLOW-UP: 01/01/21 $952.26
COMMENTS: NOT DUE

WARRANTY CLAIM DETAIL TOTALS----------------------------------------------------

| CLAIM#......... | LABOR... | PARTS... | SUB.LAB. | SUB.PART | GOG..... | MISC.... | TAX.... | TOTAL.... |
|---|---|---|---|---|---|---|---|---|
| 42517-1 | 124.89 | 3344.10 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3468.99 |
| CLAIM TOTALS | 124.89 | 3344.10 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3468.99 |

**NOTE TO CONSUMER: PLEASE READ IMPORTANT INFORMATION ON REVERSE SIDE**

Customer agrees that this Agreement includes all of the terms and conditions on the front and back side hereof, that this Agreement cancels and supercedes any prior agreement including oral agreements, and as of the date above comprises the entire agreement between Customer and Dealer relating to these repairs or other matters referred to on the front or back side of this document. Customer also acknowledges receipt of copy of this invoice.

Customer Signature

Customer Initials: _______ I hereby consent to receive e-mails, text messages and autodialed and/or pre-recorded telemarketing calls from or on behalf of the Dealership at the telephone number(s) and or e-mail address I provided in this document. I understand that carrier charges may apply and that such consent is not a condition of purchasing or leasing any goods or services from the Dealership.

 [CONTINUED ON NEXT PAGE] 

The Reynolds and Reynolds Company ERAINTINVE
SF654823 Q (07/20)



PORSCHE OF TYSONS CORNER
8601 Westwood Center Drive
Vienna, Virginia 22182
703-564-6300
Fax 703-564-6345
www.porscheoftysonscorner.com

CELL: 434-258-1050

| CUSTOMER NO. | ADVISOR | TAG NO. | INVOICE DATE | INVOICE NO. |
|---|---|---|---|---|
| 227937 | BRADLEY HUSH 1529 | 240 | 07/10/20 | PO+S39248 |

JAMES WALKER
303 HOWARD DR
LYNCHBURG, VA 24503

| LABOR RATE | LICENSE NO. | MILEAGE | COLOR | STOCK NO. |
|---|---|---|---|---|
| | | 19,347 | / | |

| YEAR / MAKE / MODEL | DELIVERY DATE | DELIVERY MILES |
|---|---|---|
| 18/PORSCHE/PANAMERA/4 E-HYBRD SPRT T | | |

| VEHICLE I.D. NO. | SELLING DEALER NO. | PRODUCTION DATE |
|---|---|---|
| W P 0 C E 2 A 7 5 J L 1 8 9 8 7 8 | | |

| F.T.E. NO. | P.O. NO. | R.O. DATE |
|---|---|---|
| | | 07/07/20 |

| RESIDENCE PHONE | BUSINESS PHONE | COMMENTS |
|---|---|---|
| | | MO: 19358 |

JOB# 1 CHARGES

LABOR----CUSTOMER

J#.1.92P0Z020000 20K MILE SVC TECH(S):1510 705.00

| TECH# | DATE | START | FINISH | ACT | TIME | DESCRIPTION |
|---|---|---|---|---|---|---|
| 1510 | 07/07/20 | 10.80 | 10.80 | 0.00 | 0.00 | FINISHED |
| 1510 | 07/07/20 | 0.00 | 0.00 | 0.00 | 5.64 | FINISHED |
| | | TOTAL TECH TIME | | 0.00 | 5.64 | |

*** 20,000 Service at 20000 Miles ***

20,000 Service at 20000 Miles

| | |
|---|---|
| M162KL | Fill Engine Oil (See Oil Change Sheet PNA 000 162 KL) |
| M8S181900 | Air Conditioner Micro Filter, r&r |
| M94151600 | All Headlights: Check Adjustment |
| MBHLVI | Brake Hoses & Lines: Visual Inspection |
| MBLIDCR | Brake Lines: Visual Inspect For Damage/Routing/Corrosion |
| MBVH | Battery & Vent Hose: Check Condition |
| MBVIW | Inspect Brake Pads & Discs For Wear W/o Removing Wheel |
| MCATBS | Check Actuator Travel Of Brake Shoes |
| MCCCTD | Cruise Control Check During Test Drive |
| MCCLPL | Coolant: Check Level & Antifreeze Protection Level |
| MCCTD | Clutch Check During Test Drive |
| MCFLAP | Check Washer Fluid Level & Antifreeze Protection Level |
| MDSI | Drive Shafts: Visual Inspect Of Boots For Leaks & Damage |
| MDSR | Diagnosis System: Read Out Fault Memory |
| MEC | Engine Check During Test Drive |
| MEPBFC | Electric Park Brake & Footbrake Check During Road Test |
| MFCC | Front Seat Check During Test Drive |
| MFLSB | Check Firewall/Liftgate Body/Sunroof Drains For Debris |
| MFPB | Foot & Park Brakes <Also Actuation Travel> Test Drive |
| MHACC | Heating/Air Conditioning Check During Test Drive |
| MHC | Horn: Check Operation |
| MIC | Instrument Check During Test Drive |
| MOFCM | OEM Oil & Filter Change |
| MPA | Park Assist Check During Test Drive |
| MPSM | PSM Switch Check During Test Drive |
| MRC | Remote Control Check During Test Drive |
| MRMI | Reset Maintenance Interval |
| MRVIC | Radiators/Air Intakes: Inspect For Debris & Blockage |
| MSCDTD | Steering Check During Test Drive |
| MSEC | Sports Exhaust System Check During Test Drive |
| MTC | Trans Check During Test Drive |
| MTCTP | Tires: Check Tire Pressure (TPM) |
| MTD | Test Drive |
| MTSCC | Tires & Spare Wheel: Check Condition & Correct Pressure |
| MUP | Underbody Panel: Visual Inspection |
| MUPSF | Check That The Underbody Paneling Is Securely Fastened |
| MVILRU | Inspect For Leaks From Underneath (Oil & Other Fluids) |
| MVLI | Oils & Fluids: Visual Inspection For Leaks |
| MWBC | Check Wiper Blades |
| MWWC | Windshield Washer, Headlight Washer: Check Fluid Level |
| MWWWS | Windshield/Headlamp Wiper/Washer System: Check Function |

*** Additional Dealer 20,000 Service at 20000 Miles ***

96625501 Remote Control Battery, r&r

COMPLAINT CUSTOMER REQUESTS A 20K MILE SERVICE / Q$1485

**Porsche Service Delivery Quick Check**

**Work Completed**
- o Work completed addressed all customer requests?
- o Work completed matches estimate provided?
- o Open campaigns addressed/completed?

**Customer Contact**
- o Customer delivery scheduled?
  Delivery time: ______
- o Name of person taking delivery: ______
- o Work completed made clear to customer?
- o Next visit discussed and scheduled?

**Vehicle Preparation**
- o All paperwork organized and complete?
- o Customer copy of Maintenance Checklist (if applicable)?
- o Maintenance book stamped?
- o Technician protective materials removed?
- o Vehicle clean (interior/exterior)?
- o Vehicle and keys accessible for delivery?
- o Other considerations: ______

STATEMENT OF DISCLAIMER

The factory warranty constitutes all of the warranties with respect to the sale of this item/items. The Seller hereby expressly disclaims all warranties either express or implied, including any implied warranty of merchantability or fitness for a particular purpose. Seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of this item/items.

CUSTOMER SIGNATURE

 [CONTINUED ON NEXT PAGE] 

The Reynolds and Reynolds Company ERA/NTINVE
SF654823 Q (07/13)



PORSCHE OF TYSONS CORNER
8601 Westwood Center Drive
Vienna, Virginia 22182
703-564-6300
Fax 703-564-6345
www.porscheoftysonscorner.com

CELL: 434-258-1050

| CUSTOMER NO. 227937 | ADVISOR BRADLEY HUSH 1529 | TAG NO. 240 | INVOICE DATE 07/10/20 | INVOICE NO. PO+S39248 |
|---|---|---|---|---|
| JAMES WALKER<br>303 HOWARD DR<br>LYNCHBURG, VA 24503 | LABOR RATE / LICENSE NO. | MILEAGE 19,347 | COLOR / | STOCK NO. |
| | YEAR / MAKE / MODEL 18/PORSCHE/PANAMERA/4 E-HYBRD SPRT T | | DELIVERY DATE | DELIVERY MILES |
| | VEHICLE I.D. NO. W P 0 C E 2 A 7 5 J L 1 8 9 8 7 8 | | SELLING DEALER NO. | PRODUCTION DATE |
| | F.T.E. NO. / P.O. NO. | | R.O. DATE 07/07/20 | |
| RESIDENCE PHONE / BUSINESS PHONE | COMMENTS | | MO: 19358 | |

```
CAUSE       CUSTOMER REQUESTS A 20K MILE SERVICE
CORRECTION  CP: 5.64HRS... PERFORMED INTERMEDIATE SERVICE

PARTS-----QTY--FP-NUMBER--------------DESCRIPTION---------U/COST---E/COST----U/PRICE
  CUST    1   9A7-819-429           DUST AND POLLEN     52.05    52.05    98.84     98.84
  CUST    1   9A7-198-405-00        FILTER ELEMENT      17.58    17.58    32.99     32.99
  CUST    1   N-013-849-4           SEALING RING         0.76     0.76     2.37      2.37
  CUST    8   0-W30-ESP             MOB-1 0W30 ESP       6.04    48.32     9.98     79.84
                MOBIL-1 0W30 ESP
  CUST    1   BG208                 BG44K               15.99    15.99    28.94     28.94
  CUST    1   BG115                 MOA EXT LIFE         9.75     9.75    17.98     17.98
  CUST    1   PAF-911-679           SEALING PLUG         2.45     2.45     5.45      5.45
  CUST    1   999-611-108-00        BATTERY - CR2032     4.52     4.52     9.22      9.22
                                              COST TOTAL   151.42
                                                          TOTAL - PARTS        275.63

G.O.G. & SUPPLIES-----------------------------------------------------------------
  CUST   2.0  WASHER SOLVENT            @      3.500   /UNIT                    7.00
                                                          TOTAL - GOG           7.00

JOB#  1 TOTALS---------CUSTOMER------------------WARRANTY------------------INTERNAL---------
           GL       COST      SALE      GL     COST      SALE      GL     COST      SALE
 LABOR    4401    124.08    705.00
 PARTS    4701    151.42    275.63
 G.O.G.   4768      3.30      7.00
 TOTAL            278.80    987.63              0.00      0.00             0.00      0.00
JOB#  1 JOURNAL PREFIX        POCS                        POWS                        POIS

JOB#  2 CHARGES---------------------------------------------------------------------------

LABOR----CUSTOMER-------------------------------------------------------------
J#_2_02POZBGBF        BG BRAKE FLUID SERV                TECH(S):1510                 0.00
        TECH#    DATE     START   FINISH    ACT    TIME   DESCRIPTION
        1510   07/07/20   10.80    10.80   0.00    0.00   FINISHED
        1510   07/07/20    0.00     0.00   0.00    0.00   FINISHED
                        TOTAL TECH TIME    0.00    0.00

COMPLAINT   PERFORM BG BRAKE FLUID EXCHANGE SERVICE (84032)
CORRECTION  BRAKE FLUSH INCLUDED IN LINE 1

PARTS-----QTY--FP-NUMBER--------------DESCRIPTION---------U/COST---E/COST----U/PRICE
  CUST    1   84032                 BRAKE FLUID         14.80    14.80    25.49     25.49
                                              COST TOTAL    14.80
                                                          TOTAL - PARTS         25.49

JOB#  2 TOTALS---------CUSTOMER------------------WARRANTY------------------INTERNAL---------
           GL       COST      SALE      GL     COST      SALE      GL     COST      SALE
 LABOR    4401      0.00      0.00
 PARTS    4701     14.80     25.49
 TOTAL             14.80     25.49              0.00      0.00             0.00      0.00
JOB#  2 JOURNAL PREFIX        POCS                        POWS                        POIS

JOB#  3 CHARGES---------------------------------------------------------------------------

LABOR----WARRANTY-------------------------------------------------------------
```

**Porsche Service Delivery Quick Check**

**Work Completed**
- o Work completed addressed all customer requests?
- o Work completed matches estimate provided?
- o Open campaigns addressed/completed?

**Customer Contact**
- o Customer delivery scheduled?
  Delivery time: ______
- o Name of person taking delivery: ______
- o Work completed made clear to customer?
- o Next visit discussed and scheduled?

**Vehicle Preparation**
- o All paperwork organized and complete?
- o Customer copy of Maintenance Checklist (if applicable)?
- o Maintenance book stamped?
- o Technician protective materials removed?
- o Vehicle clean (interior/exterior)?
- o Vehicle and keys accessible for delivery?
- o Other considerations: ______

STATEMENT OF DISCLAIMER

The factory warranty constitutes all of the warranties with respect to the sale of this item/items. The Seller hereby expressly disclaims all warranties either express or implied, including any implied warranty of merchantability or fitness for a particular purpose. Seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of this item/items.

CUSTOMER SIGNATURE

 [CONTINUED ON NEXT PAGE] 09:17:47

The Reynolds and Reynolds Company ERAINTINVE SF654823 Q (07/13)



PORSCHE OF TYSONS CORNER
8601 Westwood Center Drive
Vienna, Virginia 22182
703-564-6300
Fax 703-564-6345
www.porscheoftysonscorner.com

CELL: 434-258-1050

| CUSTOMER NO. | ADVISOR | TAG NO. | INVOICE DATE | INVOICE NO. |
|---|---|---|---|---|
| 227937 | BRADLEY HUSH 1529 | 240 | 07/10/20 | PO+S39248 |

JAMES WALKER
303 HOWARD DR
LYNCHBURG, VA 24503

| LABOR RATE | LICENSE NO. | MILEAGE | COLOR | STOCK NO. |
|---|---|---|---|---|
| | | 19,347 | / | |

| YEAR / MAKE / MODEL | DELIVERY DATE | DELIVERY MILES |
|---|---|---|
| 18/PORSCHE/PANAMERA/4 E-HYBRD SPRT T | | |

| VEHICLE I.D. NO. | SELLING DEALER NO. | PRODUCTION DATE |
|---|---|---|
| W P 0 C E 2 A 7 5 J L 1 8 9 8 7 8 | | |

| F.T.E. NO. | P.O. NO. | R.O. DATE |
|---|---|---|
| | | 07/07/20 |

| RESIDENCE PHONE | BUSINESS PHONE | COMMENTS |
|---|---|---|
| | | MO: 19358 |

```
LABOR---WARRANTY---------------------------------------------------
J#_3_07P0Z__________PORSCHE RECALL______________TECH(S):1510____________114.03
     TECH#    DATE     START   FINISH    ACT   TIME    DESCRIPTION
     1510   07/07/20   10.90    12.30   1.40   0.00    FINISHED
     1510   07/07/20    0.00     0.63   0.00   0.63    FINISHED
                      TOTAL TECH TIME   1.40   0.63

COMPLAINT    PERFORM RECALL - AJ13 / EPS REPRO
CORRECTION   Re-programming control for electric power steering ; Labor
             time 63 TU
             IncludesConnecting and disconnecting battery charger
             Connecting and disconnecting PIWIS Tester
             Reading out and erasing fault memory
             Teaching steering lock settings

CLAIM # 39248-2

JOB#  3 TOTALS---------CUSTOMER------------------WARRANTY------------------INTERNAL---------
            GL       COST       SALE      GL       COST       SALE      GL      COST      SALE
 LABOR                                   4411     13.86     114.03
 TOTAL               0.00       0.00              13.86     114.03                0.00      0.00
JOB#  3 JOURNAL PREFIX          POCS                         POWS                           POIS

JOB#  4 CHARGES------------------------------------------------------------------------

LABOR---INTERNAL---------------------------------------------------
J#_4_03P07__________STATE INSPECTION____________TECH(S):1857______________8.75
     TECH#    DATE     START   FINISH    ACT   TIME    DESCRIPTION
     1857   07/07/20   17.60    17.60   0.00   0.00    FINISHED
     1857   07/07/20    0.00     0.00   0.00   0.50    OVERRIDE IN INVOICING
                      TOTAL TECH TIME   0.00   0.50

COMPLAINT    PERFORM STATE INSPECTION
CAUSE        done
CORRECTION   1857

MISC------CODE--------DESCRIPTION----------------------------CONTROL NO---------
   INTL          D4   PO DISCOUNT                                                 -8.75
                                                      TOTAL - MISC                -8.75

JOB#  4 TOTALS---------CUSTOMER------------------WARRANTY------------------INTERNAL---------
            GL       COST       SALE      GL       COST       SALE      GL      COST      SALE
 LABOR                                                                 4419     8.75      8.75
 MISC DIS                                                              4405              -8.75
 TOTAL               0.00       0.00               0.00       0.00              8.75      0.00
JOB#  4 JOURNAL PREFIX          POCS                         POWS                           POIS

JOB#  5 CHARGES------------------------------------------------------------------------

LABOR---CUSTOMER---------------------------------------------------
J#_5_01P0Z001_______PORSCHE MULTI-POINT_________TECH(S):1510________________0.00
```

**Porsche Service Delivery Quick Check**

**Work Completed**
- o Work completed addressed all customer requests?
- o Work completed matches estimate provided?
- o Open campaigns addressed/completed?

**Customer Contact**
- o Customer delivery scheduled?
  Delivery time: ____________
- o Name of person taking delivery:
  ____________
- o Work completed made clear to customer?
- o Next visit discussed and scheduled?

**Vehicle Preparation**
- o All paperwork organized and complete?
- o Customer copy of Maintenance Checklist (if applicable)?
- o Maintenance book stamped?
- o Technician protective materials removed?
- o Vehicle clean (interior/exterior)?
- o Vehicle and keys accessible for delivery?
- o Other considerations:
  ____________
  ____________

STATEMENT OF DISCLAIMER

The factory warranty constitutes all of the warranties with respect to the sale of this item/items. The Seller hereby expressly disclaims all warranties either express or implied, including any implied warranty of merchantability or fitness for a particular purpose. Seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of this item/items.

CUSTOMER SIGNATURE

 [CONTINUED ON NEXT PAGE] 09:17:47

The Reynolds and Reynolds Company ERAINTINVE
SF654823 Q (07/13)



# PORSCHE OF TYSONS CORNER

8601 Westwood Center Drive
Vienna, Virginia 22182
703-564-6300
Fax 703-564-6345
www.porscheoftysonscorner.com

CELL: 434-258-1050

| CUSTOMER NO. | ADVISOR | TAG NO. | INVOICE DATE | INVOICE NO. |
|---|---|---|---|---|
| 227937 | BRADLEY HUSH 1529 | 240 | 07/10/20 | PO+S39248 |

JAMES WALKER
303 HOWARD DR
LYNCHBURG, VA 24503

| LABOR RATE | LICENSE NO. | MILEAGE | COLOR | STOCK NO. |
|---|---|---|---|---|
| | | 19,347 | / | |

| YEAR / MAKE / MODEL | DELIVERY DATE | DELIVERY MILES |
|---|---|---|
| 18/PORSCHE/PANAMERA/4 E-HYBRD SPRT T | | |

| VEHICLE I.D. NO. | SELLING DEALER NO. | PRODUCTION DATE |
|---|---|---|
| W P 0 C E 2 A 7 5 J L 1 8 9 8 7 8 | | |

| F.T.E. NO. | P.O. NO. | R.O. DATE |
|---|---|---|
| | | 07/07/20 |

| RESIDENCE PHONE | BUSINESS PHONE | COMMENTS |
|---|---|---|
| | | MO: 19358 |

```
LABOR----WARRANTY---------------------------------------------------------------
J#8 07PDZ01 [illegible] PORSCHE RECALL [illegible] TECH(S):1510 [illegible] 132.13
          TECH#    DATE     START   FINISH    ACT    TIME    DESCRIPTION
          1510   07/07/20   12.30    13.40   1.10    0.00    FINISHED
          1510   07/07/20    0.00     0.73   0.00    0.73    FINISHED
                           TOTAL TECH TIME   1.10    0.73

COMPLAINT    PERFORM RECALL - AKB8 / INST CLUSTER
CORRECTION   Re-programming instrument cluster  ; Labor time 73 TU
             IncludesConnecting and disconnecting battery charger
             Connecting and disconnecting PIWIS Tester
             Checking customer settings and restoring them if necessary
             Reading out and erasing fault memories

CLAIM # 39248-4

JOB#  8 TOTALS---------CUSTOMER-------------------WARRANTY-------------------INTERNAL---------
            GL       COST       SALE      GL      COST      SALE      GL       COST       SALE
 LABOR                                   4411     16.06    132.13
 TOTAL               0.00       0.00              16.06    132.13              0.00       0.00
JOB#  8 JOURNAL PREFIX          POCS                        POWS                          POIS

JOB#  9 CHARGES-----------------------------------------------------------------------------

LABOR----WARRANTY---------------------------------------------------------------
J# 9 07PDZZ01 [illegible] RECALL [illegible] TECH(S):1510 [illegible] 327.61
          TECH#    DATE     START   FINISH    ACT    TIME    DESCRIPTION
          1510   07/07/20   13.40    15.80   2.40    0.00    FINISHED
          1510   07/07/20    0.00     1.81   0.00    1.81    FINISHED
                           TOTAL TECH TIME   2.40    1.81

COMPLAINT    PERFORM RECALL - WKG7 / FILLER FLAP
CAUSE        PORSCHE RECALL
CORRECTION   Reworking filler flap and charge port door module ; Labor
             time 181 TU
             IncludesRemoving and installing rear wheel at the left and
             right
             Removing and installing rear wheel housing liner at the left
             and right
             Removing and installing filler flap (module)
             Removing and installing side panel flap (module)

CLAIM # 39248-1

JOB#  9 TOTALS---------CUSTOMER-------------------WARRANTY-------------------INTERNAL---------
            GL       COST       SALE      GL      COST      SALE      GL       COST       SALE
 LABOR                                   4411     39.82    327.61
 TOTAL               0.00       0.00              39.82    327.61              0.00       0.00
JOB#  9 JOURNAL PREFIX          POCS                        POWS                          POIS

JOB# 10 CHARGES-----------------------------------------------------------------------------

LABOR----WARRANTY---------------------------------------------------------------
```

**Porsche Service Delivery Quick Check**

**Work Completed**
- o Work completed addressed all customer requests?
- o Work completed matches estimate provided?
- o Open campaigns addressed/completed?

**Customer Contact**
- o Customer delivery scheduled?
  Delivery time: ____________
- o Name of person taking delivery: ____________
- o Work completed made clear to customer?
- o Next visit discussed and scheduled?

**Vehicle Preparation**
- o All paperwork organized and complete?
- o Customer copy of Maintenance Checklist (if applicable)?
- o Maintenance book stamped?
- o Technician protective materials removed?
- o Vehicle clean (interior/exterior)?
- o Vehicle and keys accessible for delivery?
- o Other considerations: ____________

STATEMENT OF DISCLAIMER

The factory warranty constitutes all of the warranties with respect to the sale of this item/items. The Seller hereby expressly disclaims all warranties either express or implied, including any implied warranty of merchantability or fitness for a particular purpose. Seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of this item/items.

CUSTOMER SIGNATURE

 [CONTINUED ON NEXT PAGE] 09:17:47



PORSCHE OF TYSONS CORNER
8601 Westwood Center Drive
Vienna, Virginia 22182
703-564-6300
Fax 703-564-6345
www.porscheoftysonscorner.com

CELL: 434-258-1050

| CUSTOMER NO. | ADVISOR | TAG NO. | INVOICE DATE | INVOICE NO. |
|---|---|---|---|---|
| 227937 | BRADLEY HUSH 1529 | 240 | 07/10/20 | PO+S39248 |

JAMES WALKER
303 HOWARD DR
LYNCHBURG, VA 24503

| LABOR RATE | LICENSE NO. | MILEAGE | COLOR | STOCK NO. |
|---|---|---|---|---|
| | | 19,347 | / | |

| YEAR / MAKE / MODEL | DELIVERY DATE | DELIVERY MILES |
|---|---|---|
| 18/PORSCHE/PANAMERA/4 E-HYBRD SPRT T | | |

| VEHICLE I.D. NO. | SELLING DEALER NO. | PRODUCTION DATE |
|---|---|---|
| W P 0 C E 2 A 7 5 J L 1 8 9 8 7 8 | | |

| F.T.E. NO. | P.O. NO. | R.O. DATE |
|---|---|---|
| | | 07/07/20 |

| RESIDENCE PHONE | BUSINESS PHONE | COMMENTS |
|---|---|---|
| | | MO: 19358 |

```
LABOR----WARRANTY------------------------------------------------------------
J#10+07POZZ02          RECALL                          TECH(S):1510          57.92
      TECH#    DATE      START   FINISH   ACT    TIME    DESCRIPTION
      1510   07/07/20    15.80    17.80   2.00   0.00    FINISHED
      1510   07/07/20     0.00     0.32   0.00   0.32    FINISHED
                         TOTAL TECH TIME  2.00   0.32

COMPLAINT    PERFORM RECALL - WKJ0 / A.C REPRO
CAUSE        RECALL
CORRECTION   Re-programming air-conditioning control unit  ; Labor time
             32 TU
             IncludesConnecting and disconnecting battery charger
             Connecting and disconnecting PIWIS Tester
             Teaching servo motors for air conditioning
             Reading out and erasing fault memory

CLAIM # 39248-3

JOB# 10 TOTALS---------CUSTOMER-------------------WARRANTY------------------INTERNAL---------
          GL        COST       SALE      GL       COST       SALE      GL       COST       SALE
 LABOR                                  4411      7.04      57.92
 TOTAL              0.00       0.00               7.04      57.92               0.00       0.00
JOB# 10 JOURNAL PREFIX         POCS                          POWS                          POIS

JOB# 11 CHARGES-------------------------------------------------------------------------

LABOR----WARRANTY------------------------------------------------------------
J#11+07POZZ03          RECALL                          TECH(S):1510          21.72
      TECH#    DATE      START   FINISH   ACT    TIME    DESCRIPTION
      1510   07/07/20    17.80    17.80   0.00   0.00    FINISHED
      1510   07/07/20     0.00     0.12   0.00   0.12    FINISHED
                         TOTAL TECH TIME  0.00   0.12

COMPLAINT    PERFORM RECALL - WKK2 / RDK REPRO
CAUSE        RECALL
CORRECTION   Re-programming Tire Pressure Monitoring (TPM) control unit
             ; Labor time 12 TU

CLAIM # 39248-5

JOB# 11 TOTALS---------CUSTOMER-------------------WARRANTY------------------INTERNAL---------
          GL        COST       SALE      GL       COST       SALE      GL       COST       SALE
 LABOR                                  4411      2.64      21.72
 TOTAL              0.00       0.00               2.64      21.72               0.00       0.00
JOB# 11 JOURNAL PREFIX         POCS                          POWS                          POIS

JOB# 12 CHARGES-------------------------------------------------------------------------

LABOR----WARRANTY------------------------------------------------------------
J#12+07POZZ091         RECALL #091                     TECH(S):1510          70.59
```

**Porsche Service Delivery Quick Check**

**Work Completed**
- o Work completed addressed all customer requests?
- o Work completed matches estimate provided?
- o Open campaigns addressed/completed?

**Customer Contact**
- o Customer delivery scheduled?
  Delivery time: ____________
- o Name of person taking delivery:
  ____________
- o Work completed made clear to customer?
- o Next visit discussed and scheduled?

**Vehicle Preparation**
- o All paperwork organized and complete?
- o Customer copy of Maintenance Checklist (if applicable)?
- o Maintenance book stamped?
- o Technician protective materials removed?
- o Vehicle clean (interior/exterior)?
- o Vehicle and keys accessible for delivery?
- o Other considerations:

STATEMENT OF DISCLAIMER

The factory warranty constitutes all of the warranties with respect to the sale of this item/items. The Seller hereby expressly disclaims all warranties either express or implied, including any implied warranty of merchantability or fitness for a particular purpose. Seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of this item/items.

CUSTOMER SIGNATURE

 [CONTINUED ON NEXT PAGE] 

The Reynolds and Reynolds Company ERAINTINVE
SF654823 Q (07/13)



PORSCHE OF TYSONS CORNER
8601 Westwood Center Drive
Vienna, Virginia 22182
703-564-6300
Fax 703-564-6345
www.porscheoftysonscorner.com

CELL: 434-258-1050

| CUSTOMER NO. | ADVISOR | TAG NO. | INVOICE DATE | INVOICE NO. |
|---|---|---|---|---|
| 227937 | BRADLEY HUSH 1529 | 240 | 07/10/20 | PO+S39248 |

JAMES WALKER
303 HOWARD DR
LYNCHBURG, VA 24503

| LABOR RATE | LICENSE NO. | MILEAGE | COLOR | STOCK NO. |
|---|---|---|---|---|
| | | 19,347 | / | |

| YEAR / MAKE / MODEL | DELIVERY DATE | DELIVERY MILES |
|---|---|---|
| 18/PORSCHE/PANAMERA/4 E-HYBRD SPRT T | | |

| VEHICLE I.D. NO. | SELLING DEALER NO. | PRODUCTION DATE |
|---|---|---|
| W P 0 C E 2 A 7 5 J L 1 8 9 8 7 8 | | |

| F. T. E. NO. | P. O. NO. | R. O. DATE |
|---|---|---|
| | | 07/07/20 |

| RESIDENCE PHONE | BUSINESS PHONE | COMMENTS |
|---|---|---|
| | | MO: 19358 |

LABOR----WARRANTY

| TECH# | DATE | START | FINISH | ACT | TIME | DESCRIPTION |
|---|---|---|---|---|---|---|
| 1510 | 07/07/20 | 17.80 | 17.80 | 0.00 | 0.00 | FINISHED |
| 1510 | 07/07/20 | 0.00 | 0.39 | 0.00 | 0.39 | FINISHED |
| | | TOTAL TECH TIME | | 0.00 | 0.39 | |

COMPLAINT PERFORM RECALL - WLC9 / ROOF CONSOLE REPRO
CAUSE -
CORRECTION Re-programming roof console ; Labor time 39 TU.
IncludesConnecting and disconnecting battery charger
Connecting and disconnecting PIWIS Tester
Reading out and erasing fault memory

CLAIM # 39248-6

JOB# 12 TOTALS---------CUSTOMER------------------WARRANTY------------------INTERNAL---------

| | CUSTOMER GL | CUSTOMER COST | CUSTOMER SALE | WARRANTY GL | WARRANTY COST | WARRANTY SALE | INTERNAL GL | INTERNAL COST | INTERNAL SALE |
|---|---|---|---|---|---|---|---|---|---|
| LABOR | | | | 4411 | 8.58 | 70.59 | | | |
| TOTAL | | 0.00 | 0.00 | | 8.58 | 70.59 | | 0.00 | 0.00 |
| JOB# 12 JOURNAL PREFIX | | | POCS | | | POWS | | | POIS |

MISC------CODE--------DESCRIPTION-----------------------------CONTROL NO---------

| | CODE | DESCRIPTION | CONTROL NO | AMOUNT |
|---|---|---|---|---|
| JOB # A | SHM | SERVICE HISTORY ADMIN | | 1.49 |
| JOB # A | A2 | SHOP SUPP/HAZARDOUS MAT | | 60.42 |
| | | | TOTAL - MISC | 61.91 |

COMMENTS---------------------------------------------------------------
++WAITER++

WARRANTY CLAIM DETAIL TOTALS

| CLAIM#......... | LABOR... | PARTS... | SUB.LAB. | SUB.PART | GOG..... | MISC.... | TAX.... | TOTAL.... |
|---|---|---|---|---|---|---|---|---|
| 39248-1 | 327.61 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 327.61 |
| 39248-2 | 114.03 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 114.03 |
| 39248-3 | 57.92 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 57.92 |
| 39248-4 | 132.13 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 132.13 |
| 39248-5 | 21.72 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 21.72 |
| 39248-6 | 70.59 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 70.59 |
| CLAIM TOTALS | 724.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 724.00 |

**Porsche Service Delivery Quick Check**

**Work Completed**
- o Work completed addressed all customer requests?
- o Work completed matches estimate provided?
- o Open campaigns addressed/completed?

**Customer Contact**
- o Customer delivery scheduled?
  Delivery time: ________
- o Name of person taking delivery:
  ________
- o Work completed made clear to customer?
- o Next visit discussed and scheduled?

**Vehicle Preparation**
- o All paperwork organized and complete?
- o Customer copy of Maintenance Checklist (if applicable)?
- o Maintenance book stamped?
- o Technician protective materials removed?
- o Vehicle clean (interior/exterior)?
- o Vehicle and keys accessible for delivery?
- o Other considerations:
  ________

STATEMENT OF DISCLAIMER

The factory warranty constitutes all of the warranties with respect to the sale of this item/items. The Seller hereby expressly disclaims all warranties either express or implied, including any implied warranty of merchantability or fitness for a particular purpose. Seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of this item/items.

CUSTOMER SIGNATURE

 [CONTINUED ON NEXT PAGE] 

The Reynolds and Reynolds Company ERAINTINVE
SF654823 Q (07/13)



PORSCHE OF TYSONS CORNER
8601 Westwood Center Drive
Vienna, Virginia 22182
703-564-6300
Fax 703-564-6345
www.porscheoftysonscorner.com

CELL: 434-258-1050

| CUSTOMER NO. | ADVISOR | TAG NO. | INVOICE DATE | INVOICE NO. |
|---|---|---|---|---|
| 227937 | BRADLEY HUSH 1529 | 240 | 07/10/20 | PO+S39248 |

JAMES WALKER
303 HOWARD DR
LYNCHBURG, VA 24503

| LABOR RATE | LICENSE NO. | MILEAGE | COLOR | STOCK NO. |
|---|---|---|---|---|
| | | 19,347 | / | |

| YEAR / MAKE / MODEL | DELIVERY DATE | DELIVERY MILES |
|---|---|---|
| 18/PORSCHE/PANAMERA/4 E-HYBRD SPRT T | | |

| VEHICLE I.D. NO. | SELLING DEALER NO. | PRODUCTION DATE |
|---|---|---|
| W P 0 C E 2 A 7 5 J L 1 8 9 8 7 8 | | |

| F.T.E. NO. | P.O. NO. | R.O. DATE |
|---|---|---|
| | | 07/07/20 |

| RESIDENCE PHONE | BUSINESS PHONE | COMMENTS |
|---|---|---|
| | | MO: 19358 |

GRAND TOTALS

| | CUSTOMER GL | CUSTOMER COST | CUSTOMER SALE | WARRANTY GL | WARRANTY COST | WARRANTY SALE | INTERNAL GL | INTERNAL COST | INTERNAL SALE |
|---|---|---|---|---|---|---|---|---|---|
| LABOR | 4401 | 124.08 | 705.00 | 4411 | 88.00 | 724.00 | 4419 | 8.75 | 8.75 |
| PARTS | 4701 | 166.22 | 301.12 | | | | | | |
| G.O.G. | 4768 | 3.30 | 7.00 | | | | | | |
| MISC CHG | 4483 | | 1.49 | | | | | | |
| | 9455 | | 60.42 | | | | | | |
| MISC DIS | | | | | | | 4405 | | -8.75 |
| TAXES | | | 22.12 | | | 0.00 | | | 0.00 |
| TOTAL | | 293.60 | 1097.15 | | 88.00 | 724.00 | | 8.75 | 0.00 |

OFFSET ACCOUNTS

| | CUSTOMER GL | CUSTOMER AMOUNT | WARRANTY GL | WARRANTY AMOUNT | INTERNAL GL | INTERNAL AMOUNT |
|---|---|---|---|---|---|---|
| | 1130 | 1097.15 | 1230 | 724.00 | | |
| TOTAL | | 1097.15 | | 724.00 | | |

************************** A L L D E T A I L I N V O I C E ***************************

**Porsche Service Delivery Quick Check**

**Work Completed**
- o Work completed addressed all customer requests?
- o Work completed matches estimate provided?
- o Open campaigns addressed/completed?

**Customer Contact**
- o Customer delivery scheduled?
  Delivery time: ______
- o Name of person taking delivery: ______
- o Work completed made clear to customer?
- o Next visit discussed and scheduled?

**Vehicle Preparation**
- o All paperwork organized and complete?
- o Customer copy of Maintenance Checklist (if applicable)?
- o Maintenance book stamped?
- o Technician protective materials removed?
- o Vehicle clean (interior/exterior)?
- o Vehicle and keys accessible for delivery?
- o Other considerations: ______

STATEMENT OF DISCLAIMER

The factory warranty constitutes all of the warranties with respect to the sale of this item/items. The Seller hereby expressly disclaims all warranties either express or implied, including any implied warranty of merchantability or fitness for a particular purpose. Seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of this item/items.

CUSTOMER SIGNATURE

The Reynolds and Reynolds Company ERAINTINVE
SF654823 Q (07/13)



PORSCHE OF TYSONS CORNER
8601 Westwood Center Drive
Vienna, Virginia 22182
703-564-6300
Fax 703-564-6345
www.porscheoftysonscorner.com

CELL: 434-258-1050

| CUSTOMER NO. 227937 | ADVISOR TRACY 1400 | TAG NO. 318 | INVOICE DATE 07/22/19 | INVOICE NO. PO+S31445 |
|---|---|---|---|---|
| JAMES WALKER<br>303 HOWARD DR<br>LYNCHBURG, VA 24503 | LABOR RATE / LICENSE NO. | MILEAGE 8,443 | COLOR / | STOCK NO. |
| | YEAR / MAKE / MODEL 18/PORSCHE/PANAMERA/4 E-HYBRD SPRT T | | DELIVERY DATE | DELIVERY MILES |
| | VEHICLE I.D. NO. W P O C E 2 A 7 5 J L 1 8 9 8 7 8 | | SELLING DEALER NO. | PRODUCTION DATE |
| | F.T.E. NO. | P.O. NO. | R. O. DATE 07/17/19 | |
| RESIDENCE PHONE / BUSINESS PHONE | COMMENTS | | | MO: 8444 |

```
JOB# 1 CHARGES----------------------------------------------------------------

LABOR----WARRANTY-----------------------------------------------------
J# 1 01P0ZPSMP10  PSMP 10K SERVICE            TECH(S):1098 2003          252.00
        TECH#    DATE     START   FINISH   ACT   TIME    DESCRIPTION
        1098   07/17/19   14.60   15.90   1.30   0.00    HOLD OTHER
        2003   07/18/19   11.40   11.40   0.00   0.00    FINISHED
        2003   07/18/19    0.00    1.40   0.00   1.40    FINISHED
                          TOTAL TECH TIME  1.30   1.40

COMPLAINT    PERFORM 10,000 MILE OIL CHANGE SERVICE
CAUSE        SCHEDULED MAINTENANCE DUE TO TIME OR MILEAGE
CORRECTION   10,000 MILE SERVICE PERFORMED

CLAIM #-----WARRANTY OP. CODES----FLAT HRS.--OTHER HRS.--FC--AUTH. CODE--CLAIM TYPE
31445        03100000               1.40
PARTS-----QTY--FP-NUMBER--------------DESCRIPTION---------U/COST---E/COST----U/PRICE
   WARR    1    9A7-198-405-00        FILTER ELEMENT       17.01    17.01    32.11     32.11
   WARR    1    N-013-849-8           SEALING RING          0.58     0.58     1.10      1.10
   WARR    8    0-W30-ESP             MOB-1 0W30 ESP        6.04    48.32    10.09     80.72
                  MOBIL-1 0W30 ESP
                                           COST TOTAL       65.91
                                                   TOTAL - PARTS          113.93

JOB# 1 TOTALS---------CUSTOMER-------------------WARRANTY------------------INTERNAL---------
             GL      COST       SALE      GL      COST       SALE      GL      COST      SALE
 LABOR                                   4411     35.00     252.00
 PARTS                                   4711     65.91     113.93
 TOTAL               0.00       0.00             100.91     365.93              0.00      0.00
JOB# 1 JOURNAL PREFIX           POCS                         POWS                        POIS

JOB# 2 CHARGES----------------------------------------------------------------

LABOR----INTERNAL-----------------------------------------------------
J# 2 21P0Z01          A/C CONCERN                  TECH(S):2003                  0.00
        TECH#    DATE     START   FINISH   ACT   TIME    DESCRIPTION
        2003   07/19/19    8.10    8.10   0.00   0.00    FINISHED
        2003   07/19/19    0.00    0.00   0.00           FINISHED
                          TOTAL TECH TIME  0.00   0.00

COMPLAINT    CUSTOMER STATES NOISE HEARD FROM BLOWER MOTOR
CAUSE        NOISE THAT RESONATES THROUGH THE DASH SOUNDS LIKE THE
             E-MACHINE WORKING AT FULL CAPACITY
CORRECTION   CUSTOMER TO RETURN FOR FURTHER TESTING AND DIAG

JOB# 2 TOTALS---------CUSTOMER-------------------WARRANTY------------------INTERNAL---------
             GL      COST       SALE      GL      COST       SALE      GL      COST      SALE
 LABOR                                                                4419     0.00      0.00
 TOTAL               0.00       0.00               0.00       0.00             0.00      0.00
JOB# 2 JOURNAL PREFIX           POCS                         POWS                        POIS

JOB# 3 CHARGES----------------------------------------------------------------

LABOR----INTERNAL-----------------------------------------------------
```

**Porsche Service Delivery Quick Check**

**Work Completed**
- o Work completed addressed all customer requests?
- o Work completed matches estimate provided?
- o Open campaigns addressed/completed?

**Customer Contact**
- o Customer delivery scheduled?
  Delivery time: ____________
- o Name of person taking delivery: ____________
- o Work completed made clear to customer?
- o Next visit discussed and scheduled?

**Vehicle Preparation**
- o All paperwork organized and complete?
- o Customer copy of Maintenance Checklist (if applicable)?
- o Maintenance book stamped?
- o Technician protective materials removed?
- o Vehicle clean (interior/exterior)?
- o Vehicle and keys accessible for delivery?
- o Other considerations: ____________

STATEMENT OF DISCLAIMER

The factory warranty constitutes all of the warranties with respect to the sale of this item/items. The Seller hereby expressly disclaims all warranties either express or implied, including any implied warranty of merchantability or fitness for a particular purpose. Seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of this item/items.

CUSTOMER SIGNATURE

The Reynolds and Reynolds Company ERAINTINVE
SF654823 Q (07/13)

# EXHIBIT C

**LEMON LAW GROUP PARTNERS PLC**
Attorneys and Counselors at Law
1518 Willow Lawn Drive
Richmond, VA 23230

Telephone (888) 415-0610
Facsimile (888) 809-7010
Email: info@lemonlawgrouppartners.com

February 18, 2021

Porsche Cars North America
One Porsche Drive
Atlanta, GA 30354

Re: Hammersley LLC c/o James Walker
Vehicle: 2018 Porsche Panamera
VIN: WP0CE2A75JL189878

Dear Sir/Madam:

Please be advised that this law firm represents the legal interests of Hammersley LLC c/o James Walker relating to the purchase of the above-mentioned vehicle. Let this letter serve as notification that you immediately cease and desist all communications with our client. The only exception is the dealership may communicate with the client in reference to future repairs. Moreover, if you make any attempts to settle with our client without including all statutory relief, including all damages attorney fees and costs the consumer is entitled to, we may file suit against you. This letter hereby notifies you of our attorney's lien with respect to our client.

Please let this letter also serve as notification that our client's vehicle is defective. The vehicle has been brought in for repairs several times for numerous defects and although you have been afforded sufficient opportunities for repairs, the defects continue to exist and substantially impair the use and value and/or safety of the vehicle. If you are interested in any further repairs pursuant to the Lemon Law you must contact me immediately. Our client demands that you immediately take action as required by law.

This letter shall also serve as our client's Revocation of Acceptance pursuant to the Uniform Commercial Code § 2608 and notice of defect under the Lemon Law. Due to the serious defects with the Vehicle since its purchase, our client hereby demands a return of the full purchase price along with all interest paid on the finance note as well as attorney fees and incidental and consequential damages within 10 days of receipt of this letter to settle this matter prior to filing a lawsuit.

Please be advised that if you do not adhere to our demands within 10 days, our client has instructed me to file a lawsuit against you asserting claims that include, but in no way are limited to, breach of warranties, both express and implied, violation of the Magnuson Moss Warranty Act, violation of the Lemon Law, revocation of acceptance, and common law breach of contract. Please direct all future communication to my attention.

Respectfully submitted,

LEMON LAW GROUP PARTNERS PLC
By: s/n Aaron Cluett
Attorney for Plaintiff

CC: Porsche of Melbourne, 509 E Nasa Blvd, Melbourne, FL 32901