PORSCHE CARS NORTH AMERICA, INC.'S
NOTICE OF REMOVAL

Exhibit B

Buyer's Order

# PORSCHE OF MELBOURNE
509 E. Nasa Blvd · MELBOURNE, FL 32901 (321)956-0600

**Buyer's Order, Agreement and Vehicle Information Form**

CUST #: 36481
Date: 05/03/2018

| Buyer Name and Address | Co-Buyer Name and Address | Seller Name and Address |
|---|---|---|
| HAMMERSLEY, LLC<br>2248 LAKESIDE DR<br>LYNCHBURG VA 24501<br>County:<br>Email: JAMESRWALKER@MSN.COM<br>Phone: (434)258-1050<br>Cell: (434)258-1050 | N/A<br><br><br>County: N/A<br>Email: N/A<br>Phone: N/A<br>Cell: N/A | PORSCHE AUDI OF MELBOURNE<br>509 E NASA BLVD<br>MELBOURNE FL 32901<br><br>Salesperson:<br>CHRISTOPHER A HUCK |

In this Buyer's Order, Agreement and Vehicle Information Form ("Order and Agreement"), "you" means the buyer, and any co-buyer. "We," "us" and "our" means the Seller. You agree to purchase the vehicle from us according to the terms of this Order and Agreement.

## Vehicle Description

| Year: | Make: | Model: | Mileage: | Vehicle Identification Number: |
|---|---|---|---|---|
| 2018 | PORSCHE | PAN 4 E HYB | 12 | WP0CE2A75JL189878 |
| New/Used/Demo/Executive: | Color: | Body: | | Stock Number: |
| NEW | CHALK | PAN 4 E-HYB | | L189878 |

### Additional Vehicle Information

Unless checked below, Seller has no knowledge of and makes no representation about the history of the vehicle.

The vehicle was previously titled, registered, or used as a (check as applicable) ☐ taxicab ☐ police vehicle ☐ short term rental.

The vehicle is (check as applicable) ☐ rebuilt or assembled from parts ☐ a kit car ☐ a glider kit ☐ a replica ☐ a flood vehicle ☐ a manufacturer buy back.

☐ THIS VEHICLE WAS DELIVERED TO A PREVIOUS PURCHASER.
Buyer X _____
Co-Buyer X _____

Used Car Buyers Guide. The information you see on the window form for this vehicle is part of this contract. Information on the window form overrides any contrary provisions in the contract of sale.

Spanish Translation: Guía para compradores de vehículos usados. La información que ve en el formulario de la ventanilla para este vehículo forma parte del presente contrato. La información del formulario de la ventanilla deja sin efecto toda disposición en contrario contenida en el contrato de venta.

### Disclosures

**Unless the Seller makes a written warranty, or enters into a service contract within 90 days from the date of this contract, this vehicle is sold "AS IS" and "WITH ALL FAULTS." The Seller makes no warranties, express or implied, on the vehicle, and there will be no implied warranties of merchantability or of fitness for a particular purpose.**

This provision does not affect any warranties covering the vehicle that the vehicle manufacturer may provide. **Buyer acknowledges receipt of any warranty information prior to the sale of the vehicle.**

Buyer's Initials _____ Co-Buyer's Initials _____

You have thoroughly inspected, accepted, and approved the vehicle described above in all respects. You may obtain an independent third party inspection of the vehicle on your own.

Buyer's Initials _____ Co-Buyer's Initials _____

We acknowledge that as a condition of sale of the Vehicle, we will perform the following services within N/A _____ days of the date of purchase. Call N/A _____ to schedule service.
N/A
N/A
N/A

### Trade-in Vehicle

| Year ___ Make ___ Model ___ | Year ___ Make ___ Model ___ |
|---|---|
| VIN ___ Mileage ___ | VIN ___ Mileage ___ |
| Lienholder ___ | Lienholder ___ |
| Payoff Amount N/A Good Thru: ___ | Payoff Amount N/A Good Thru: ___ |
| Lienholder ___ | Lienholder ___ |
| Payoff Amount ___ Good Thru: ___ | Payoff Amount ___ Good Thru: ___ |

You assign to us all of your rights, title and interest in such Trade-in vehicle(s). You represent that your Trade-in vehicle(s) was not previously used as a police vehicle, taxicab, or under a short-term lease. To the best of your knowledge, the vehicle(s) you are trading in ☐ have ☐ have not been in any accident with damages exceeding $500.

Buyer Initials _____ Co-Buyer Initials _____

FORM NO. FADA-BOVIARB_6 (Rev. 6/14)
© 2014 The Reynolds and Reynolds Company

Buyer Initials ___ Co-Buyer ___

CUSTOMER Page 1 of 5

THERE ARE NO WARRANTIES, EXPRESS OR IMPLIED, AS TO CONTENT OR FITNESS FOR PURPOSE OF THIS FORM. CONSULT YOUR OWN LEGAL COUNSEL.

**SELLER'S RIGHT TO CANCEL** - If Buyer and Co-buyer sign here the provisions of the Seller's right to cancel section below, which gives the Seller the right to cancel if Seller is unable to assign a Retail Installment Sale Contract signed with this Order and Agreement within _____ days, will apply. If you fail to return the vehicle within 48 hours after receipt of the notice of cancellation, you agree to pay Seller a charge of $ _____ per day from the date of cancellation until the vehicle is returned or repossessed.

X _____
Buyer Signs

X _____
Co-Buyer Signs

**Payoff Agreement** - We relied on information from you and/or the lienholder(s) or lessor(s) of your Trade-in vehicle(s) to arrive at the payoff amount(s) shown on page 1. You understand that the amount(s) quoted is/are an estimate. We agree to pay the payoff amount(s) shown on page 1 to the identified lienholder(s) or lessor(s) of the Trade-in vehicle(s), or a designee. If the actual payoff amount(s) is/are more than the amount(s) shown on page 1, you must pay us the excess on demand. If the actual payoff amount(s) is less than the amount(s) shown on page 1, we will refund to you any overage we receive from your prior lienholder(s) or lessor(s).

**You may secure financing through us or through any financing entity you choose. The financing terms you get could be more favorable than the terms we give you. If we sell you any ancillary product, such as credit insurance or GAP, we may receive part of the cost of the product and/or compensation from the provider of the product.**

| Purchase Information (e) means an estimate | |
|---|---|
| Vehicle Purchase | 140833.60 |
| Accessories | 1845.00 |
|  | N/A |
|  | N/A |
|  | N/A |
|  | N/A |
|  | N/A |
|  | N/A |
| Subtotal | 142678.60 |
| Less Allowance or Discount of | N/A |
| Net Difference | 142678.60 |
| Predelivery Service Charge** | $799.00 |
| Electronic Registration Filing Fee** | N/A |
|  | N/A |
| **These charges represent costs and profit to the dealer for items such as inspecting, cleaning, and adjusting vehicles, and preparing documents related to the sale. | |
| Lead Acid Battery Fee | 1.50 |
| New Tire Fee ($1.00 per tire) | 5.00 |
|  | N/A |
| Subtotal | 143484.10 |
| Sales Tax | N/A |
| County Tax | N/A |
| Other Tax | N/A |
| Lemon Law - Warranty Enforcement Act (New Cars Only) | 2.00 |
|  | N/A |
| Title, Registration, and License Fees (e) ☐ New ☐ Transfer | 85.75 |
|  | N/A |
| Prior Credit or Lease Balance | N/A |
| Subtotal | 143571.85 |
| Service Contract | N/A |
| Maintenance Agreement | N/A |
|  | N/A |
|  | N/A |
|  | N/A |
| Sales Tax on Ancillary Products | N/A |
| **Total Sale Price** | 143571.85 |
| Rebate | N/A |
| Cash Down | 141635.00 |
| Other Downpayment (Describe) | 1936.85 |
| Total Downpayment | 143571.85 |
| **Balance Due on Delivery** | N/A |