PORSCHE CARS NORTH AMERICA, INC.'S
NOTICE OF REMOVAL

Exhibit C

Remainder of State Court File



# Service of Process Transmittal
05/07/2021
CT Log Number 539519272

| | |
|---|---|
| **TO:** | Alicia Zwink<br>Porsche Cars North America, Inc.<br>1 Porsche Dr<br>Atlanta, GA 30354-1654 |
| **RE:** | **Process Served in Virginia** |
| **FOR:** | Porsche Cars North America, Inc. (Domestic State: DE) |

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Hammersley, LLC and James Walker, Pltfs. vs. Porsche Cars North America, Inc., Dft. |
| **DOCUMENT(S) SERVED:** | - |
| **COURT/AGENCY:** | None Specified<br>Case # 107CL2100267700 |
| **NATURE OF ACTION:** | Product Liability Litigation - Lemon Law |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Glen Allen, VA |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 05/07/2021 at 12:16 |
| **JURISDICTION SERVED:** | Virginia |
| **APPEARANCE OR ANSWER DUE:** | None Specified |
| **ATTORNEY(S) / SENDER(S):** | None Specified |
| **ACTION ITEMS:** | SOP Papers with Transmittal, via UPS Next Day Air, 1ZX212780102042463 |
| | Image SOP |
| | Email Notification, Alicia Zwink  alicia.zwink@porsche.us |
| | Email Notification, Sherie Boykin  sherie.boykin@porsche.us |
| | Email Notification, Kristen Cawley  kristen.cawley@porsche.us |
| | Email Notification, Lance Arnott  sopverification@wolterskluwer.com |
| **REGISTERED AGENT ADDRESS:** | CT Corporation System<br>4701 Cox Road<br>Suite 285<br>Glen Allen, VA 23060<br>866-665-5799<br>SouthTeam2@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

Page 1 of 1 / VC



# PROCESS SERVER DELIVERY DETAILS

**Date:** Fri, May 7, 2021

**Server Name:** Deputy Cone

| Entity Served | PORSCHE CARS NORTH AMERICA, INC. |
|---|---|
| Agent Name | F150972 |
| Case Number | 107CL2100267700 |
| Jurisdiction | VA |



# COMMONWEALTH OF VIRGINIA



LOUDOUN CIRCUIT COURT
Civil Division
18 E MARKET ST/PO BOX 550
LEESBURG VA 20178-0550
(703) 777-0270

Summons

To: PORSCHE CARS NORTH AMERICA
C/O CT CORPORATION SYSTEM
4701 COX ROAD SUITE 285
GLEN ALLEN VA 23060

Case No. 107CL21002677-00

The party upon whom this summons and the attached complaint are served is hereby notified that unless within 21 days after such service, response is made by filing in the clerk's office of this court a pleading in writing, in proper legal form, the allegations and charges may be taken as admitted and the court may enter an order, judgment, or decree against such party either by default or after hearing evidence.

Appearance in person is not required by this summons.

Done in the name of the Commonwealth of Virginia on, Friday, April 30, 2021

Clerk of Court: GARY M CLEMENS

by _____
(CLERK/DEPUTY CLERK)

Instructions:

Hearing Official:

Attorney's name: CLUETT, W AARON
888-415-0610
1518 WILLOW LAWN DRIVE STE 201
RICHMOND VA 23230

IN THE CIRCUIT COURT OF LOUDOUN COUNTY, VIRGINIA

HAMMERSLEY, LLC, et al.,

    Plaintiffs,

v.                                    Case No: CL21-2677

PORSCHE CARS NORTH AMERICA, INC.,

    Defendant.

### PORSCHE CARS NORTH AMERICA, INC.'S NOTICE OF FILING OF NOTICE OF REMOVAL

NOTICE is hereby given that Porsche Cars North America, Inc. has on this day filed a Notice of Removal and that this action has been removed to the United States District Court for the Eastern District of Virginia, Alexandria Division, for trial and determination of all issues. A copy of the Notice of Removal filed with the United States District Court is attached as Exhibit 1.

Pursuant to 28 U.S.C. § 1446(d), this Notice of Filing of Notice of Removal effectuates the removal of this action, and this Court may proceed no further unless and until this case is remanded.

May 26, 2021.

                                                By Counsel

                                                /s/ M. James
                                                *Attorneys for PCNA*

### CERTIFICATE OF SERVICE

I hereby certify that a copy of this document was served on the other parties by email and by first class mail, postage prepaid, on May 26, 2021.

/s/ M. James